Exhibit 14

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

USACE: ITEMS REQUESTED BY THIS OFFICE THAT NEED TO BE RESOLVED IN ORDER TO CONTINUE PERMIT EVALUATION OF THIS PROPOSAL INCLUDE THE FOLLOWING:

1. <u>404(b)(1) Guidelines and "Least Environmentally Damaging Practicable Alternative (LEDPA)/Alternatives Analysis</u>: The proposed impacts to waters of the U.S. must meet the 404(b)(1) guidelines of the Clean Water Act. The following detailed information will be needed to assist us in fully evaluating the project:

   a. <u>Avoidance</u>: Provide discussion of alternative routes considered and justification of why they were not selected or would have resulted in more impacts than the proposal, including utilizing existing pipelines and/or natural gas pipeline right-of-ways (ROW).

   b. <u>Minimization</u>: The proposal must be shown to be the least environmentally damaging practicable alternative (LEDPA) that meets the basic project purpose. Please identify all criteria and weighting factors used to evaluate and rate alternatives, discuss why each alternative was not found to be a practicable alternative, and/or the least environmentally damaging alternative. Minimization includes alternate site plans, construction methods, and other steps which would reduce impacts to waters of the U.S. Methods of crossing other waterways that do not involve a discharge of fill material such as by horizontal directional drill (HDD), microtunneling, conventional boring or directional microtunneling need to be evaluated. Alternative construction methods are especially important within special aquatic sites like riffle and pool complexes, wetlands, and sites of karst terrain.

   c. <u>Compensatory Mitigation</u>: Once the project is determined to be the least environmentally-damaging, practicable alternative, please provide an appropriate compensatory mitigation plan that will offset the proposed impacts in accordance with 33 CFR 332. Any proposed compensatory mitigation plan should follow the mitigation hierarchy presented in §332.3(b)(2)-(6). Mitigation should be considered to offset any temporal losses especially throughout the wetland areas. As requested by EPA, compensatory mitigation should be planned for if post-construction monitoring indicates a loss of aquatic functions.

**<u>Response</u>:**

a. <u>Avoidance</u>

*No-Action Alternative*

Under the No-Action Alternative, the Project facilities would not be constructed. The No-Action Alternative would avoid the temporary/short-term and permanent/long-term environmental impacts associated with construction of the proposed Project.

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

Under the No-Action Alternative, Tennessee Gas Pipeline Company, L.L.C. ("TGP") would not be able to meet the Project shipper's (Tennessee Valley Authority ("TVA")) stated need to provide up to approximately 245,040 Dth/d of firm transportation capacity to serve what was identified as Alternative A in TVA's Notice of Intent ("NOI") issued in May 2021. Subsequent to TGP's submittal of the IP application to the U.S. Army Corps of Engineers ("USACE"), TVA, on January 10, 2023, decided to implement the Preferred Alternative identified in its "Cumberland Fossil Plant Retirement Final Environmental Impact Statement", issued December 2022.[1] TVA's preferred alternative, Alternative A, involves the retirement and demolition of TVA's two-unit, coal-fired Cumberland Fossil Plant ("CUF") and the construction and operation of a natural gas-fueled combined cycle plant on the CUF Reservation to replace the generation capacity of one of the two retired units and TGP's Project to serve the new natural gas-fueled combined cycle plant on the CUF Reservation. In a Notice published in the *Federal Register* on January 20, 2023, TVA determined that as the least-cost alternative, Alternative A would achieve the purpose and need of its project to retire and decommission the two CUF units, one unit by the end of 2026 and the other unit by the end of 2028, and to provide replacement generation that can supply 1,450 megawatts of firm, dispatchable power by the time the first unit is retired by the end of 2026.

TGP's Cumberland Project ("Project") would allow it to make the firm transportation capacity to be created by the Project available to TVA at the time the Project is placed in service, pursuant to the terms of the precedent agreement between TGP and TVA and TGP's Federal Energy Regulatory Commission ("FERC") Gas Tariff. Now that TVA has selected Alternative A for implementation, TGP needs to construct the Project facilities, which include approximately 32-miles of 30-inch diameter pipeline and related appurtenant facilities to meet TVA's stated need at the Cumberland Facility. Since the No-Action Alternative would not satisfy TVA's stated need for incremental gas transportation capacity, it is likely that another project would need to be built utilizing another pipeline or pipelines to serve TVA's need, which TGP anticipates would have equal or greater environmental impacts and likely would be more costly than TGP's proposed Project. TGP does not have existing pipeline facilities with a direct connection to TVA's requested delivery point to meet the Project purpose and need.

For these reasons, the No-Action Alternative was considered but was rejected from further consideration because it did not meet the purpose and need for the Project. If the no action alternative were selected, another project would be proposed and built by another supplier to serve TVA's need for additional firm transportation capacity to serve TVA's selected Alternative A. As discussed below, new pipelines and related appurtenant facilities would be required to meet the Project's purpose and need if a system alternative or other pipeline alternative was selected.

*System Alternatives*

In developing the Project, TGP evaluated alternative project site criteria described in the USACE's *Guidelines for Preparation of Analysis of Section 404 Permit Applications Pursuant to the Section 404(B)(1) Guidelines of the Clean Water Act* (40 CFR, Section 231) and system alternatives as

---

[1]    Notice, Tennessee Valley Authority, Record of Decision, 88 Fed. Reg. 3767 (Jan. 20, 2023).

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

defined FERC's *Guidance Manual for Environmental Report Preparation* (FERC 2017. System alternatives are alternatives to a proposed project that would use a different (and often existing) natural gas facility/pipeline system or a different configuration of facilities that would eliminate the need to construct all or part of the Project. System alternatives involve the transportation of the equivalent amount of additional natural gas volumes by the expansion of existing facility/pipeline systems or by the construction and operation of other new facility/pipeline systems. A viable system alternative would make it unnecessary to construct all or part of the proposed Project and would involve the transportation of all or a portion of the additional natural gas volumes by expansion of another existing or construction of a new facility/pipeline system. The FERC Guidance Manual requires that system alternatives be analysed for large pipeline projects and for projects where there are significant concerns about the disturbance of specific resources.

The objective for identifying and evaluating system alternatives is to determine whether the potential environmental impact associated with the construction and operation of the proposed Project could be avoided or minimized by using an existing pipeline system. Environmental considerations with system alternatives include, but are not limited to, new right-of-way ("ROW") requirements, land use effects, and stream and wetland disturbances. A system alternative could make it unnecessary to construct TGP's Project, although modifications or additions to its system or another system may be required. Although modifications or additions to existing systems could result in environmental impact, this impact may be less, the same, or more than the impact associated with the proposed Project.

Although system alternatives that will result in less environmental impacts might be preferable to the proposed Project, only those alternatives that are reasonable, consistent with existing law, and consistent with the purpose and need of the Project are required to be considered for National Environmental Policy Act ("NEPA") purposes and determination of the LEDPA. Consequently, a viable system alternative must be technically and economically feasible and practicable to satisfy the Project's purpose.

The primary consideration in developing the preferred alternative for the Project was the co-location of the pipeline along an existing TVA powerline easement. A significant portion of the preferred pipeline route lies directly adjacent to a previously disturbed power line corridor. Utilizing this corridor to the greatest extent possible allows for the minimization of potential impacts and footprint of the pipeline ROW, and therefore was a primary consideration in the evaluation of system alternatives, as discussed below.

TGP evaluated alternatives to the proposed Project facilities on its existing natural gas pipeline system to meet the Project's purpose and need, as identified above. These evaluations include alternatives to the proposed approximately 32-mile, 30-inch diameter pipeline as shown in **Attachment 1** to this response. The system alternatives considered are discussed below and a comparative analysis of the proposed Project and the identified system alternatives is provided in **Table 1** below.

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

*System Alternative 1: 24-Inch-Diameter Pipeline and Booster Compression Station*

As an alternative to the proposed Project, TGP considered installing an approximately 31.97 mile, 24-inch-diameter pipeline in the same ROW as the proposed pipeline route. In addition, this alternative would require installation of a new booster compressor station located approximately 7.58 miles west of TGP's mainline pipeline system (see **Attachment 1**) due to the additional pressure drop associated with the smaller diameter pipeline to deliver gas to TVA's new Cumberland Plant at the required delivery pressure (the pipeline and booster compressor station are collectively referred to as "System Alternative 1").

The booster compressor station would consist of one approximately 4,000 horsepower Electric Motor Driven Compressor ("EMDC") as the primary unit. A secondary, back-up Solar Centaur 40 turbine-driven centrifugal compressor unit rated at 4,700 ISO ("International Organization for Standardization") horsepower would also be installed to provide fuel gas for the proposed Cumberland Plant when the electric power grid supplying the EMDC is not available. The compressor station would require approximately 10 acres for operations, with an additional 40 acres for construction and would produce Scope 1 (gas combustion) and Scope 2 (electric power generation) associated air emissions. The total cost of this alternative is estimated to be approximately $203 million.

Construction impacts related to the pipeline construction for this alternative would be identical to the proposed Project. However, due to the need for additional compression, System Alternative 1 would result in temporary impacts to an additional 50 acres and permanent impacts to an additional 10 acres of land. In addition, the compressor station would generate emissions which would not occur with the proposed Project. In addition, due to the additional need for compression, this alternative would cost more than the proposed Project and would take longer to construct, potentially impacting the Project's proposed schedule. For these reasons, System Alternative 1 was eliminated from further consideration.

*System Alternative 2 – 30-Inch-Diameter Pipeline Lateral and Booster Compression Station Commencing at Portland Compressor Station 87*

As an alternative to the proposed Project, TGP also considered installing an approximately 65-mile, 30-inch-diameter pipeline commencing at its Portland Compressor Station 87 and a new booster compressor station to be located on TGP-owned property where existing Compressor Station 87 is located (see Attachment 1) due to the additional pressure drop associated with the longer pipeline in order to deliver gas to TVA's new Cumberland Plant at the required delivery pressure (the pipeline and the booster compressor station are collectively referred to as "System Alternative 2").

The new booster compressor station would consist of one approximately 6,800 horsepower EMDC as the primary unit. A secondary, back-up Solar Taurus 60 turbine-driven centrifugal compressor unit rated at 7,700 ISO horsepower would also be installed to provide fuel gas for the proposed Cumberland Plant when the electric power grid supplying the EMDC is not available. The booster compressor station would not require any additional land for operation or construction but would

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

produce Scope 1 (gas combustion) and Scope 2 (electric power generation) associated air emissions. The total cost of this alternative is estimated to be approximately $418 million.

Construction and permanent impacts related to the additional length of pipeline required for this alternative would be greater than the proposed Project. The route for the pipeline required by this alternative would also not take advantage of as many existing utility corridors for co-location as the proposed pipeline, resulting in a greater impact to more native habitats and species. Construction of this alternative would result in impacts to a greater area of forested and shrub-scrub wetlands and would cross more waterbodies than the proposed Project. The route for System Alternative 2 crosses the Barkley Recreation Area, a federally owned property. Due to the need for additional compression, System Alternative 2 would also result in emissions which would not occur with the proposed Project. In addition, due to the additional pipeline length, larger number of waterbody crossings, crossing of federal property, and the need for compression, this alternative would cost more than the proposed Project and would take longer to construct, potentially impacting the Project's proposed schedule. For these reasons, System Alternative 2 was eliminated from further consideration.

### *System Alternative 3 – 24-Inch-Diameter Pipeline and Booster Compressor Station Commencing at Mainline Valve 83*

TGP also considered installing an approximately 41.6- mile, 24-inch diameter pipeline commencing from a point on the TGP mainline pipeline system approximately 16.5 miles north of mainline valve 83 to the proposed Cumberland Meter Station location, as an alternative to the proposed Project. In addition, this alternative would require installation of a new booster compressor station located approximately 7.1 miles west of TGP's mainline pipeline system (see **Attachment 1**) due to the additional pressure drop associated with the longer and smaller diameter pipeline in order to deliver gas to the new TVA Cumberland Plant at the required delivery pressure (the pipeline lateral and the booster compressor station are collectively referred to as "System Alternative 3").

The booster compressor station would consist of one approximately 4,000 horsepower EMDC as the primary unit. A secondary, back-up Solar Centaur 40 turbine driven centrifugal compressor unit rated at 4,700 ISO horsepower would also be installed to provide fuel gas for the new TVA Cumberland Plant when the electric power grid supplying the EMDC is not available. The booster compressor station would require 10 acres for operations, with an additional 40 acres for construction and would have produced Scope 1 (gas combustion) and Scope 2 (electric power generation) associated air emissions. The total estimated cost of this alternative is estimated at approximately $240 million.

Construction and permanent impacts related to the additional length of pipeline required for this alternative would be greater than the proposed Project. The route for the pipeline required for this alternative would also not be able to take advantage of as many existing utility corridors for co-location as the proposed pipeline, resulting in a greater impact to more native habitats and species. Construction of this alternative would result in impacts to a greater area of forested and shrub-scrub wetlands and would cross more waterbodies than the proposed Project. The route for System

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

Alternative 3 crosses the Barkley Recreation Area, a federally owned property, and Shady Park Public Hunting Area, a state-owned property. Due to the need for additional compression, System Alternative 3 would result in temporary impacts to an additional 50 acres and permanent impacts to an additional 10 acres of land. In addition, the compressor station that would be required for this alternative would generate emissions which would not occur with the proposed Project. In addition, due to the additional pipeline length, larger number of waterbody crossings, crossing of federal and state property, and the need for compression, this alternative would cost more than the proposed Project and would take longer to construct, potentially impacting the Project's proposed schedule. For these reasons, System Alternative 3 was eliminated from further consideration.

**TABLE 1**
**Comparison of System Alternatives**

| Characteristics or Resource | Unit | Proposed Project[4] | Alternative 1 | Alternative 2 | Alternative 3 |
|---|---|---|---|---|---|
| **Pipeline and Compression Facilities** | | | | | |
| New 24-inch Lateral | miles | - | 31.97 | - | 41.6 |
| New 30-inch Lateral | miles | 31.97 | - | 65.0 | - |
| New Compression | hp | - | 4,000 | 6,800 | 4,000 |
| Estimated Cost | $(M) | $162 | $203 | $418 | $240 |
| New Compression Site Construction | (acres) | - | 50 | - | 50 |
| New Compression Site Permanent | (acres) | - | 10 | - | 10 |
| **Environmental Factors** | | | | | |
| Construction right-of-way [1] | (acres) | 381.83 | 431.83 | 847.12 | 555.01 |
| Permanent right-of-way [2] | (acres) | 190.88 | 200.88 | 423.55 | 257.47 |
| Length adjacent to existing right-of-way or corridor | (percent) | 83.23 | 83.23 | 22.65 | 6.42 |
| Total wetlands affected [3] | (acres) | 2.83 | 2.83 | 16.27 | 15.58 |
| Forested wetlands [3] | (acres) | 1.84 | 1.84 | 10.24 | 4.65 |
| Scrub-Shrub wetlands [3] | (acres) | 0.00 | 0.00 | 0.00 | 0.93 |
| Total perennial waterbodies crossed | (no.) | 28 | 28 | 53 | 31 |
| Major waterbody crossings (>100 feet) | (no.) | 1 | 1 | 2 | 4 |
| Natural and scenic rivers | (no.) | 0 | 0 | 0 | 0 |
| Endangered or threatened species habitat | (no.) | 0 | 0 | 0 | 0 |
| Known archaeological sites (within 0.5 mile of route) | (no.) | 44 | 44 | 59 | 47 |
| Known historic structures (within 0.5 mile of route) | (no.) | 36 | 36 | 98 | 79 |
| Federal land crossed | (mi) | 0 | 0 | 0.17 | 0.26 |

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

| State land crossed | (mi) | 0 | 0 | 0 | 0.48 |
|---|---|---|---|---|---|
| Other recreation/designated land use areas[5] | (no.) | 2 | 2 | 3 | 2 |
|    Length of crossing | (mi) | 0 | 0 | 0 | 0 |
| Existing residences within 50 feet of construction work area | (no.) | 7 | 5 | 12 | 3 |
| Scope 1 Emissions (5%) (a) | Mtpy | - | 557 | 1,096 | 527 |
| Scope 2 Emissions (95%) (b) | Mtpy | - | 4,598 | 10,364 | 4,354 |

[1] 100-foot-wide corridor for pipeline, includes compressor stations
[2] 50-foot-wide corridor for pipeline, includes compressor stations
[3] Calculated within the construction right-of-way
[4] Proposed Project calculations in this table are based on assumed construction and permanent corridors for comparative purposes. Actual construction impacts are calculated for other resource reports.
[5] Includes National River Inventory data (National Park Service. 2016).
(a) Scope 1 Emissions: The direct emissions from owned or controlled sources. This includes emissions from facilities, office buildings and company vehicles. (b) Scope 2 Emissions: The indirect greenhouse gas ("GHG") Emissions associated with the purchase of electricity, steam, heat, or cooling. Although scope 2 emissions do not physically occur at the facility where they are generated, they are accounted for in an organization's GHG inventory because they are a result of the organization's energy use. Source: The Greenhouse Gas Protocol: A Corporate Accounting and Reporting Standard (https://ghgprotocol.org/sites/default/files/standards/ghg-protocol-revised.pdf)

*Other Pipeline Company Alternatives*

TGP evaluated potential impacts associated with using other interstate natural gas pipelines in the vicinity of the Project to transport an equivalent volume of gas to meet the requirements of TVA, the Project shipper. The purpose and need of the Project is to provide approximately 245,040 Dth/d of firm natural gas transportation capacity to TVA's new combined cycle combustion turbine gas plant, which has been selected for implementation by TVA as its Preferred Alternative, as discussed above.  To be considered a viable system alternative to the proposed Project, expansions or modifications of other natural gas pipelines would need to transport an equivalent volume of natural gas to a delivery point at TVA's new combined cycle combustion turbine gas plant as would the proposed Project, while resulting in fewer environmental impacts than anticipated from the proposed Project.

Based on a review of the Rextag Energy DataLink™ information, the closest interstate natural gas pipeline systems to the delivery point at the TVA's Combined Cycle Combustion Turbine Gas Plant, other than TGP's system, are operated by ANR Pipeline Company ("ANR") and East Tennessee Natural Gas, LLC. ("East Tennessee"). TGP evaluated publicly available information from the two pipelines' respective interactive bulletin boards regarding unsubscribed firm transportation capacity in the Project area on those two pipeline systems. Based on that evaluation of publicly available information, it appears that there is no firm transportation capacity available on East Tennessee's pipeline system to meet the Project need. While there may be a certain amount of unsubscribed capacity available on ANR's pipeline system within one segment of its pipeline in the area of the Project, it is unclear if that available capacity includes access to available gas supply or otherwise would meet the Project need. Further, based on the locations of these two

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

pipeline systems to the Project delivery point, new infrastructure, including new pipeline facilities, would be required to reach the Project delivery point. Also, due to the location of these two pipeline systems relative to the Project delivery point, the opportunity for co-location with existing utility easements appears to be minimal. Further information on the evaluation of these two pipeline systems is provided below.

*ANR Pipeline Company*

ANR's interstate natural gas pipeline system is located in western Tennessee (see **Attachment 1**). The system is located approximately 45 miles northwest of the Project's delivery point at TVA's new combined cycle combustion turbine gas plant. While TGP does not have access to specific information related to ANR's system, TGP used publicly available data and aerial photography to determine distances from ANR's existing mainline to the Project delivery point. TGP determined, using straight line distances, that a pipeline with a minimum length of 44.62 miles would need to be constructed between ANR's existing pipeline system and the delivery point located at TVA's proposed combined cycle combustion turbine gas plant. Given that a pipeline from ANR's pipeline system to the Project delivery point would be longer than the proposed Project pipeline, and based on an assumed shortest straight-line route between TVA's proposed combined cycle combustion turbine gas plant and ANR's existing pipeline, a pipeline required to connect to ANR's system would:

- Affect more private landowners due to the greater length than the proposed Project pipeline;

- Result in a larger area for construction and permanent ROW than the proposed Project pipeline;

- Impact a larger area of wetlands than the proposed Project pipeline (particularly due to the pipeline route being located along the Cumberland River);

- Cross more major waterbodies than the proposed Project pipeline;

- Cross federal and state property, including Cross Creeks National Wildlife Refuge, Stewart State Forest, and Lake Barkley Recreational Area, which are not impacted by the proposed Project pipeline;

- Limited options for co-location with existing utility easements as compared to the proposed Project pipeline;

- Result in increased costs associated with securing additional ROW easements as compared to the proposed Project pipeline; and

- Result in increased costs associated with approximately 10 miles of additional pipeline as compared to the proposed Project pipeline.

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

Based on this information, impacts to the environment, landowners, and communities from the use of ANR's pipeline system are anticipated to be greater than the impacts from the proposed Project.

*East Tennessee Natural Gas, LLC*

A second interstate natural gas pipeline system, East Tennessee, is located in western Tennessee (see **Attachment 1**). This system is located approximately 40 miles southeast of the Project's delivery point at TVA's proposed combined cycle combustion turbine gas plant. While TGP does not have access to specific information related to the East Tennessee system, TGP used publicly available data and aerial photography to determine distances from the East Tennessee existing mainline to the Project delivery point. TGP determined, using straight line distances, that a pipeline with a minimum length of 40.35 miles would need to be constructed between East Tennessee's existing pipeline system and the delivery point located at TVA's proposed combined cycle combustion turbine gas plant. Given that a pipeline from East Tennessee's system to the Project delivery point would be longer than the proposed Project pipeline, and based on an assumed shortest straight-line route between TVA's new Combined Cycle Combustion Turbine Gas Plant and East Tennessee's existing pipeline, a pipeline required to connect to East Tennessee's system would:

- Affect more private landowners due to the greater length than the proposed Project pipeline;

- Result in a larger area for construction and permanent ROW than the proposed Project pipeline;

- Impact a larger area of wetlands than the proposed Project pipeline;

- Cross more major waterbodies than the proposed Project pipeline;

- Cross the Duck River, which is identified habitat for the slabside pearlymussel and fluted kidneyshell, both candidate species that are not impacted by the proposed Project pipeline;

- Limited options for co-location with existing utility easements as compared to the proposed Project pipeline;

- Result in increased costs associated with securing additional ROW easements as compared to the proposed Project pipeline; and

- Result in increased costs associated with approximately 8 miles of additional pipeline as compared to the proposed Project pipeline.

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

Based on this information, impacts to the environment, landowners, and communities from the use of East Tennessee's pipeline system are anticipated to be greater than the impacts from the proposed Project.

b. <u>Minimization</u>

As discussed above, total avoidance of impacts to waters of the U.S. ("WOTUS") is not possible if the Project's purpose and need is to be achieved.    Based on the comparison of System Alternatives and Other Pipeline Company Alternatives, discussed above, TGP recommends that the proposed Project is the LEDPA.

With regards to System Alternatives, the proposed Project would affect less wetlands and waterbodies than Alternatives 2 and 3.  Although effects to wetlands and waterbodies (i.e., streams and ponds) are similar between the proposed Project and Alternative 1, Alternative 1 would also impact more land overall and results in air emissions due to the need for compression requiring the construction of a new compressor station.   For these reasons, the proposed Project was selected over the three system alternatives evaluated above.

The proposed Project would affect less area of wetlands and have less major waterbody crossings than the two other pipeline company alternatives evaluated.  For these reasons and the additional analysis set forth above, the proposed Project was selected over the other pipeline company alternatives.

TGP has designed the proposed Project pipeline route in a manner that avoids significant areas of residential development and to minimize environmental impacts. The minimization of impacts has been primarily accomplished by the proposal to co-locate a majority of the Project pipeline route (approximately 80 percent) the pipeline route either adjacent to an existing TGP pipeline (Line 100-3) right-of-way ("ROW") or adjacent to (within 200 feet ["ft"] of) an existing TVA electric transmission line ROW. Further, approximately 0.8 mile of the Project pipeline will be installed via three horizontal directional drills ("HDD"), further minimizing potential environmental impacts to waterbodies and wetlands, as well as other environmental resources.

TGP has also incorporated minor route variations for the proposed Project pipeline and evaluated the crossing methods for waterbodies to further minimize impacts to those waterbodies.

*Minor Route Variations*

As part of its effort to avoid and/or minimize impacts from the Project, TGP  made a number of minor route variations to the proposed Project pipeline route that was selected as its preferred alternative to accommodate construction limitations, to improve the alignment for features such as roads and stream crossings, and to eliminate and avoid natural features (including waterbodies) that would prove to be challenges not only during construction, but also during restoration activities following Project construction and operation of the Project pipeline, as well as to address landowner concerns.  Several of these route variations avoided or minimized crossings of wetlands or waterbodies, as described in Table 2.

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

**TABLE 2**
**Cumberland Project Minor Route Variations**

| Mile Post | Variation Description | At Landowner Request |
|-----------|----------------------|----------------------|
| 8.5 | Improve crossing angle at two streams on tract 1.055 | |
| 12.5 | Avoid water feature | X |
| 16.5 | Avoid spring well and align the route for improved stream crossing and create a more perpendicular crossing for Little Bartons Creek | |
| 22.7 | Adjust stream crossing away from middle of the stream | |
| 26 | Improve crossing angle at Highway 13 and stream (encroaches on TVA) | |
| 30-32 | Address multiple HDD routing issues at Wells Creek | |

*Route Variation at MP 8.5*

The route variation located at approximate MP 8.5 (see **Attachment 1)** was made to avoid paralleling an unnamed tributary of Harris Branch. The original route paralleled the tributary for approximately 375 feet. The movement of the pipeline to the south by approximately 20 feet eliminates the paralleling of the tributary in the construction ROW. This variation results in a reduction in pipeline length of 0.01 mile as compared to the original pipeline route in this area.

*Route Variation at MP 12.5*

The route variation located at approximate MP 12.5 (see **Attachment 1**) was made to avoid a pond. The original route paralleled the powerline for approximately 660 feet. This variation results in an additional pipeline length of 38 feet as compared to the original pipeline route.

*Route Variation at MP 16.5*

The route variation located at approximate MP 16.5 (see **Attachment 1**) involved the realignment of the pipeline route from the north side to the south side of the TVA powerline easement to avoid a spring and to provide an improved perpendicular crossing of Little Bartons Creek. The routing of the pipeline on the south side of the TVA powerline easement maintains co-location with the TVA powerline easement and allows for a more perpendicular crossing of Little Bartons Creek than the original routing, thereby minimizing the length of potential stream-reach disturbance. In addition, the route variation provides for additional temporary workspace ("ATWS") between the creek and Little Bartons Creek Road than the original route. This additional ATWS will allow TGP to safely and efficiently conduct the road bore planned for Little Bartons Creek Road. This variation does not result in a change in pipeline length.

*Route Variation at MP 22.7*

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

The route variation located at approximate MP 22.7 (see **Attachment 1)** was made to accommodate a more perpendicular crossing of Highway 939 and to accommodate more perpendicular crossings for two unnamed tributaries of Yellow Creek. The original alignment placed the pipeline parallel to the TVA powerline easement and would have the pipeline crossing a stream at an angle, thus increasing the length of the stream crossing, and generally not conforming to crossing roads at a 90-degree angle. At the furthest point in the variation, the pipeline was moved approximately 175 feet away from the TVA powerline easement. Both the original route, as well as the route variation, are located within active agricultural areas; thus, there are no additional impacts to any sensitive features with this route variation. This variation does not result in a change in pipeline length.

*Route Variation at MP 26*

The route variation located at approximate MP 26 (see **Attachment 1**) addresses two items. First, the variation allows for a more perpendicular crossing of Highway 13 and provides more area between the crossing and TVA's powerline easement. Second, the variation allows for a more perpendicular crossing of Guices Creek. At the original crossing location of Guices Creek and Highway 13, which was parallel the south side of the TVA easement, TGP determined that there was insufficient workspace to cross both features at the same time. This would have resulted in a congested construction work area, leading to safety and constructability issues. The variation moved the pipeline to more agricultural land, which allows for more workspace for both the road and waterbody crossings and reduces about 120 feet of forested impacts on the east side of Highway 13. This variation does not result in a change in pipeline length.

*Route Variations at MPs 30-32*

Three minor route variations were evaluated between MP 30-32 where the pipeline needed to be routed away from the original pipeline route (paralleling the TVA powerline easement) to connect to the meter station location specified by TVA on its property. To accommodate multiple routing issues, including the preferred location of the HDD of Wells Creek, avoidance of known archaeological sites, and an adjustment to avoid a railroad bridge, the preferred route to the Cumberland Meter Station within the TVA Cumberland Fossil Plant Reservation Site was selected (see **Attachment 1**). The preferred route results in an increase of approximately 0.12 miles over alternative routes considered between MP 30 and MP 32.

*Waterbody Crossing Methods Considerations*

TGP evaluated multiple alternatives for crossing waterbodies encountered along the proposed Project pipeline route, including HDD and related methods (e.g., conventional boring, microtunneling, directional microtunneling), open wet cut trenching, and dry open cut trenching (with either flumed or dam-and-pump flow diversion to create a dry workspace for excavation and rock removal).

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

The open wet cut trenching method was discarded as an alternative crossing method because of expected adverse effects to water quality caused by turbidity and sedimentation in a flowing stream.

For the dry open cut trenching method alternative, five excavation and rock removal methods were considered:

- conventional excavation (with an excavator),
- ripping (with an excavator equipped with a ripping tooth, followed by conventional removal of ripped debris via excavation),
- hammering (followed by excavation),
- rock trencher, and
- controlled blasting (followed by excavation with a backhoe).

With the elimination of the wet open cut trenching method alternative as excessively detrimental to water quality, TGP determined that the remaining evaluated crossing methods would result in no more than temporary and *de minimis* (i.e., of a short duration or small magnitude) effects to water quality.  However, practicability of the alternatives was found to vary according to the physical conditions at crossing locations.  In evaluating the  crossing methods to be used for the Project's 158 waterbody crossings, TGP applied the following criteria to evaluate practicability of alternatives and to ensure that the  least invasive rock removal method will be implemented  at each crossing location:(a) availability and capability to achieve the Project's purpose, (b) cost, (c) existing technology, (d) logistics, and (e) consideration of the specific information for each waterbody, including its dimensions, substrate materials, discharge (flow), geology, watershed position, and relation to regional groundwater base level.

A summary of various geologic, hydrologic, and watershed conditions at each waterbody crossing location was presented as Table 2.7-3: Waterbodies Crossings Hydrologic Risk Analysis in TGP's application.   The information provided in this table was used to support TGP's selection of the most  appropriate  construction  method  at  each  of  the  waterbody  crossing  locations.  The waterbodies that will be crossed by the Project pipeline share fundamental similarities as is typical of resources found in the Western Highland Rim Physiographic Province, where the Project is located.  The Project's location is generally characterized by steeply-dissected topography, steep forested slopes, and highly-mobile surface materials, with an economic history of recurrent logging that has filled lower-elevation channels and valleys with alluvial materials.  These characteristics result in stream similarities along the Project pipeline's route, including a grouping of small stream-order, high-to-moderate gradient along upper slopes, narrow incised valleys, and poorly-sorted bedload overlying bedrock substrate, as well as a grouping of broader, alluvium-dominated valleys with gentler gradients.  These groupings of similar characteristic conditions along the Project pipeline route facilitated TGP's consideration of crossing alternatives for waterbodies with similar attributes.

As a result of its analysis of common waterbody characteristics that will be crossed by the Project pipeline, TGP focused its evaluation of waterbody crossing alternatives on two basic approaches suited to the crossing characteristics and with fewer environmental impacts than open wet

crossings. The first approach is a suite of methods that, if successfully implemented, typically would not result in a discharge of fill materials into waterbodies, including HDD and related boring methods. These methods, although costly, are recommended at locations where they are logistically feasible (e.g., broader valleys in which equipment mobilization can be facilitated), and where alternative methods may impose increased risk of environmental harm. The second approach entails dry open trenching in which pipeline installation is accomplished via trenching, excavation, and pipeline installation under dry stream conditions.

To minimize potential adverse effects to water quality, TGP selected the HDD crossing method for those locations where that method can be practicably implemented (i.e., generally at the group of locations that are characterized by broader stream valleys, gentler slopes, and higher stream discharge). These locations selected for the HDD crossing method are Jones Creek, Yellow Creek, an unnamed tributary to Yellow Creek, and Wells Creek. In addition to logistical considerations of accessibility and topography, use of the HDD crossing method was selected at these crossings because of these waterbodies' larger channel size and higher stream flows, which were determined to pose a higher risk of adverse environmental effects than those that potentially could result from the use of flume or dam-and-pump methods (as would be needed to support a dry open cut crossing). Although considerably less time-consuming and costly, the use of dry open cut methods at these larger-dimension, higher-flow locations were determined to be potentially more likely to result in the inadvertent collapse of dry open cut flume or dam structures caused by outsized storm or weather-front events.

However, implementation of HDD or related methods at the Project's remaining group of waterbody crossings was determined by TGP to not be practicable because of feasibility concerns (e.g., topography not suited to HDD, bore-pit construction constraints dictating the possible length of the bore), as well as the extensive time and cost necessary to conduct HDD or related techniques, and the cumulative delay and expense that would accrue from use of these technologies at every crossing. Cumulative delays include HDD rig mobilization, pipeline pullback section makeup and placement, clearing and stabilizing the entry and exit pits and work areas, installation of tracking systems, and management of HDD drilling fluids. TGP estimates that use of HDD or related methods for each waterbody crossing along the route of the proposed pipeline would increase costs an estimated 10 times the value for each crossing as compared to the cost of the alternative, traditional crossing methods. Moreover, because of the steep and wooded slopes flanking many of the Project's waterbody crossings, mobilizing HDD or related equipment to each crossing sites would be logistically impracticable because of steep slopes, longer boring distances, mobilization difficulty, and would result in additional environmental risks associated with construction stormwater sediment releases, tree clearing, grading, and drilling mud staging and preparation. Further, additional risks to the environment, including aquatic resources, would result from the possible inadvertent instream loss of drilling mud, hydrocarbon spills, and other mishaps occurring during the prolonged drilling operations necessary to complete HDDs or bores. Finally, use of the HDD method requires a longer presence on the properties where the HDD method would be implemented.

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

Although HDDs and bores are useful and appropriate crossing methods for certain waterbodies, these methods are not applicable for every waterbody crossing, as discussed below:

- General limitations that must be considered for either an HDD or a bore include waterbody width, depth to bedrock, groundwater table, steep side slopes, soil type and karst topography. An HDD must have stable soils to drill through, otherwise the loss of the drill hole is likely, thus resulting in the need to either redrill or abandon the HDD altogether. Bores also need stable soil conditions to maintain the drill path.

- For both HDD and bores, long lead times are needed to prepare the site for the drill rigs, receiving pits, drilling fluid staging, and pipeline layout for the pullback. For an HDD, it can take weeks to set up a drill rig and associated workspace, depending on the ground conditions, access, and amount of preparation needed to provide a stable working surface. It then takes additional time to actually drill under the waterbody to the other side, install the pipeline and demobilize the drill rig. HDDs can take up to a month but may take longer to complete in some instances, thus making it impracticable to conduct HDD on small streams that can be crossed using a dry open cut in 24 to 72 hours. Although bores generally do not take the same amount of time as would a HDD, there is still a significant amount of preparation time needed to excavate the pits and store the material. In areas with slopes, the preparation time is significantly increased due to the amount of excavation needed to create a safe and effective workspace.

- At small waterbodies that are best crossed by a dry open cut crossing method (due to reduced stream dimensions and the absence of high discharge), the use of HDD would actually have a larger impact to the surrounding area than potential impacts to the stream. Workspace areas for an HDD are generally 150-by-250 feet and are needed on both sides of a waterbody to set up the drill rig and the receiving pit. Further, long sections of the pipeline ROW, or false ROW (cleared land not associated with the actual location of the pipeline) would be needed to stage a long section of pipe, generally over 1,000 feet, that serves at the HDD pull back section. Further, for a pipeline of this diameter, there is a minimum radius that must be designed to complete the HDD so that the pipeline can naturally bend with the drill hole. That length is greater than 1,000 feet. Therefore, the use of an HDD for a small waterbody is not justified, from the standpoint of the length of the drill and increased areas of workspace for the HDD equipment and installation activities.

- As with HDDs, bores of smaller waterbodies will impact areas greater than dry open cut crossings. Because bores are generally straight, with no radius curve as with an HDD, pits are needed on both side of the waterbody to accommodate the boring machine and the receipt of the carrier pipe. These excavations can be up to 50 feet wide by 150 feet long. The size of the workspace needed for bores limits the feasibility of bores in in areas of steep slopes, deep water, shallow groundwater, and high waterbody banks.

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

At waterbody crossings where HDD and related methods were determined to be impracticable, minimization of impacts will be achieved by use of the dry open cut crossing method alternative. The least invasive excavation and rock removal method will be implemented among a hierarchy of five adaptive management methods for each dry open cut waterbody crossing. At each waterbody crossing, TGP will evaluate field conditions and implement the excavation and rock removal method for each crossing that is both practicable and least invasive with respect to the conditions present at each crossing. The selected excavation and rock removal method for each dry open cut waterbody crossing will be chosen from the following, which have been evaluated by factors of risk of environmental damage and practicability: (1) conventional excavation with an excavator, (2) ripping with an excavator equipped with a ripping tooth followed by conventional removal by excavator, (3) hammering with a pointed backhoe attachment or pneumatic rock hammer, followed by removal by excavator, (4) removal of material by rock trencher, and as a last resort (5) controlled blasting and excavation with a backhoe (if used, controlled blasting will be subject to stringent limitations as provided in applicable Project permits and clearances, including applicable conditions provided in the Aquatic Resource Alteration Permit and Clean Water Act Section 401 Water Quality Certification ("ARAP / 401 WQC") issued by the Tennessee Department of Environment and Conservation ("TDEC") on July 21, 2023, and TGP's approved Blasting Plan). At each waterbody crossing, TGP will attempt implementation of the least invasive method among the hierarchy of excavation and rock removal methods for the dry open cut waterbody crossing, using the following evaluation criteria: the observed conditions at each crossing location, technical feasibility and limitations of each method, best professional judgment by experienced personnel of the predicted effectiveness of each method, as well as logistics and cost.

At each waterbody crossing, one or more of the above-listed non-blasting rock removal methods will be selected and implemented, prior to moving to controlled blasting to remove rock if other methods are demonstrated to be impracticable. If controlled blasting is determined to be required, such blasting will be conducted according to limitations as provided in applicable Project permits and clearances, including applicable conditions provided in the ARAP / 401 WQC issued by the TDEC on July 21, 2023, and TGP's approved Blasting Plan. No controlled blasting will be implemented in karst-prone geologic terrane or in wetlands. Controlled blasting will only be conducted in dry workplace conditions and in areas in which the risk of hydrologic loss has been determined to be reduced. After trenching, minimization will be further achieved by the use of trench plugs and the use of non-erodible fill and cover at bedrock stream crossings.

Minimization of impacts to water quality will be further achieved by prevention and stabilization measures, including use of erosion prevention/sediment control ("EPSC") best management practices ("BMP") to control sediment from entering stream channels from work zones in and along riparian margins. Further, following trenching and pipeline installation at streams with bedrock substrate, non-erodible fill and cover (such as concrete or flowable fill), along with trench plugs at either end of the crossing, will be installed to prevent potential erosion of the stream bed or significant changes in channel geomorphology.

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

*Wetland Crossing Methods*

TGP will protect and minimize potential adverse impacts on wetlands using construction procedures specified in the FERC Plan and FERC Procedures and the ARAP / 401 WQC. TGP will utilize one of the following two methods for crossing wetlands during construction:

- Standard Wetland Construction
- Conventional Wetland Construction

The standard wetland construction method will be used in wetlands where soils are non-saturated and able to support construction equipment at the time of crossing. This method requires segregation of topsoil from subsoil along the trench line. Where present, a maximum of 12 inches of topsoil will be segregated from the area disturbed by trenching, except where standing water is present or if soils are super-saturated. Topsoil segregation is followed by trench excavation, pipe laying, backfilling, and grade restoration. Immediately after backfilling is complete, the segregated topsoil will be restored to its original location.

Conventional wetland construction methods support construction equipment without significant soil disturbance. Prior to crossing and movement of construction equipment through these wetlands, the construction workspace will be stabilized using timber mats to allow for a stable, safe working condition. Unless soils are saturated, TGP will segregate up to the top 12 inches of wetland topsoil over the trench line. Trench soil will be temporarily stockpiled in a ridge along the pipeline trench. Gaps in the spoil pile will be left at appropriate intervals to provide for natural circulation or drainage of water. While the trench is dug, the pipeline will be assembled in a staging area located in an upland area. After the pipeline is lowered into the trench, wide-track bulldozers or backhoes supported on timber mats will be used for backfilling, final clean-up, and grading. This method will minimize the amount of equipment and travel in wetland areas.

Where necessary a drag-section may be used with the conventional wetland construction method. The drag-section involves the trenching, installation and backfill of a prefabricated length of pipeline containing several pipe segments all in one day. The trench is backfilled at the end of each day after the pipe is lowered in, as necessary to ensure safety.

*Response to Specific Public Comments*

    *1. Southern Environmental Law Center Comments/Silvis report*

With regard to comments received from Southern Environmental Law Center ("SELC") by the USACE in response to the second Public Notice (23-13), a report prepared by Ms. Starr Silvis was referenced which included a number of concerns with regard to TGP's Individual Permit ("IP") application. In addition to being addressed below, certain concerns raised in the report prepared by Ms. Silvis are addressed as appropriate in this response document. The report states that TGP's IP application:

    Mischaracterizes many permanent impacts as temporary;

    Fails to justify the proposed crossing methods as the least environmentally damaging practicable alternatives;

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

Consistently omits critical site-specific information; and

Includes significant inconsistencies, discrepancies, and gaps. (Silvis, pp. 1, 2)

The state of Tennessee has established designated uses for waters and promulgated water quality criteria to support those uses under the Clean Water Act. The state of Tennessee has complied with the Clean Water Act mandate through, among other things: (i) enacting the Water Quality Control Act of 1977 (Tennessee Code Annotated ["T.C.A."] § 69-3-101 et seq.), (ii) promulgating a rulemaking to classify specific designated uses for every waterbody in Tennessee (named and unnamed) (Rules of the TDEC 0400-40-04) and (iii) establishing water quality standards tailored to each respective designated use against which use-support in all waterbodies can be measured (TDEC Rules Chapter 0400-40-03 ). Further, through the TDEC, the state of Tennessee has established and implemented for over thirty years a comprehensive permitting and enforcement program to protect water quality in every stream and wetland in the state. The provisions of this program are incorporated into the review and approval process inherent in the state's role in issuing water quality permits, including ARAP / 401 WQC and the USACE Department of the Army CWA Section 404 permit application review process.

The state of Tennessee's permitting and enforcement program and Antidegradation Statement require that there are no more than *de minimis* effects to waterbodies resulting from permitted activities. TDEC defines *de minimis* degradation, in pertinent part, as "degradation of a small magnitude" (TDEC Rules 0400-40-03-.04 (4)). In turn, degradation is defined as "the alteration of the properties of waters by the addition of pollutants, withdrawal of water, or removal of habitat, except those alterations of a short duration." (TDEC Rules 0400-40-03-.04(3)).

TGP's IP application for the Project satisfies the applicable state regulatory standards. TDEC, on July 21, 2023, issued the ARAP / WQC 401 for the Project, indicating the state's concurrence that authorized activities undertaken as part of the Project are based on a complete alternatives analysis and findings that the Project will not violate water quality standards. In accordance with Special Conditions set forth in the Project's ARAP / 401 WQC, TGP will provide additional information to TDEC to amend the aquatic resource inventory for the Project, submit an application for a modified permit that addresses such amendments to the aquatic resource inventory, and obtain a modified ARAP / 401 WQC covering all proposed impacts for the entire Project.

In planning the Project, TGP took into account criteria to ensure the selection of the LEDPA, and to ensure that, for each waterbody and wetland crossing along the Project's pipeline route, that the implementation of the LEDPA would be conducted so the least invasive method is used for each specific waterbody and wetland crossing. TGP used desktop information (NWI maps, USGS topographic maps, Good Earth photo imagery), field survey information, and other publicly available data to identify and assess the waterbody and wetland crossings for the Project. From this data, TGP then determined the route for the Project pipeline with the least environmental impacts, which included co-location of the majority of the pipeline with existing utility easements to minimize impacts to currently undisturbed areas, including waterbodies and wetlands, and to minimize fragmentation of habitats. The Project design criteria to co-locate a majority

18

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

(approximately 80 percent) of the Project pipeline with existing utility easements also allowed TGP to minimize impacts to certain cultural and archeological sites, including those near Yellow Creek, which will be crossed using an HDD. The following information further addresses the conclusion provided in the Silvis report that TGP's IP application "mischaracterizes many impacts as temporary". Other concerns raised within this report are addressed elsewhere within this response document.

Two of the major sources referenced in the Silvis evaluation, Castro et al.'s 2014 publication "*Risk-based approach to designing and reviewing pipeline stream crossings to minimize impacts to aquatic habitats and species*", and Thorne et al.'s 2015 publication "*Project risk screening matrix for river management and restoration",* are erroneously used as evidence that that the proposed Project in-stream work would create acute or chronic stream impacts. In actuality, these publications do not describe impacts as inevitable or unavoidable. Rather, these publications provide guidance to prevent and minimize such impacts by careful use of construction techniques, stringent implementation of best management practices ("BMP"), and monitoring. These publications also advocate for the use of HDD in *high-risk stream crossings*, a practice which TGP has proposed for several high-risk stream crossings on the Project pipeline route.

In its IP application, TGP detailed working conditions for the Project that will prevent and constrain adverse effects to aquatic resources, limiting such effects to short-duration, low-magnitude events. Construction methods to be implemented for the Project will be the least environmentally damaging practicable alternative at each crossing and will avoid and minimize degradation to WOTUS. The assertion that this Project will cause measurable, permanent impacts is unfounded and is supported through the mischaracterization of scientific literature.

The types of degradation that the Silvis evaluation asserts will occur as a result of TGP's proposed Project can be divided into two categories: (1) direct impacts incurred to aquatic resources during the stream crossing process, and (2) indirect impacts incurred due to upland vegetation management. Adverse effects associated with the alleged impacts include direct mortality of aquatic organisms as a result of in-stream work, addition of total suspended solids ("TSS") and sedimentation, bedform alterations causing channel incision and lateral migration, and the permanent alteration of the hydraulic properties and soil structure within wetlands. The Silvis report asserts that these impacts would cause both acute and long-term degradation to subject aquatic resources.

Supporting this claim, the Silvis report offers references to the scientific literature to, stating:

> Castro et al., (2015) *[sic]* reported that the effects of pipeline stream crossings 'include both short-term, construction related impacts, such as increased turbidity, direct modification of aquatic habitat, and the potential for hydrocarbons to enter the stream through equipment failures and spills (Reid and Anderson, 1999; Reid et al., 2002a, 2002b), and long-term impacts that are more directly associated with the stream's response potential, such a channel incision and lateral migration (Thorne et al., 2014.' (Silvis, pp. 3).

However, impacts listed as "short-term" within this quote are misconstrued as permanent impacts throughout the remainder of the Silvis report.

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

The Silvis report asserts that pipeline installation will lead to the "immediate mortality of fish and benthic macroinvertebrates in the area of active construction." However, prior to construction at each aquatic crossing, TGP will implement flume or dam-and-pump measures to allow the work to be accomplished "in the dry" while also ensuring continuous flow of water to downstream habitat. These conditions will be created utilizing "flume" and "dam-and-pump" methods. Water intakes for these methods will be suspended in the water column above the stream bed and will be screened to reduce the entrainment of aquatic organisms.

Following construction, restoration of the stream beds will ensure that pre-construction conditions return. Related research indicates that macrobenthos can return to pre-disturbance levels within days of completed restoration (Tikkanen et al., 1994, Matthaei et al., 1996), and it is expected that benthic macroinvertebrate populations within the impact area will return to pre-construction levels shortly after the completion of in-stream activities. Increased levels of TSSs and sedimentation are cited by Silvis as a major concern. The Silvis report states:

> Increased turbidity and high suspended sediment loads can cause long-term impacts to invertebrate communities downstream of the disturbance including reducing invertebrate biomass, growth rates, and species diversity and increasing invertebrate mortality. Increased suspended and deposited sediment causes negative impacts in fish populations as well (Silvis, pp. 3).

As support for this claim, the Silvis report cites to a 2007 publication by Levesque and Dube entitled, *"Review of the effects on in-stream pipeline crossing construction on aquatic ecosystems and examination of Canadian methodologies for impact assessment"*. However, review of this publication indicates these claims are in reference to pipeline crossings where mitigative provisions are not implemented. In fact, Levesque and Dube argue strongly for the exact kinds of provisions proposed by TGP for the Project to prevent and minimize adverse effects to water quality. Levesque and Dube state that such mitigative measures "were considered to be effective in reducing impacts of pipeline crossing construction to levels that were not significant (Levesque and Dube, 2007, pp. 398)."

Specifically, regarding the installation and removal of flumes and dams, Levesque and Dube found that while there were temporary increases in suspended sediment concentrations associated with the installation of dams and flumes, these increases were:

> [o]f relatively short duration, with rapid return to background levels as in-stream activities came to completion (e.g., within approximately 1 to 10 h[ours] of cessation of in-stream activities). Fine-textured sediments that accumulated on the channel beds were cleared by subsequent stream flows (Levesque and Dube, 2007, pp. 398).

Short-term increases in TSS were found to have minor, short-term impacts on fish health which were followed by a "rapid recovery, attributed to adaptive mechanisms" as sediment concentrations were reduced to regular levels (Levesque and Dube, 2007, pp. 401). Further, sedimentation and increases in TSS associated with industry-standard stream diversion methods have been shown to be of short duration (Moyer and Hyer, 2009).

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

The Silvis report states that "there are long-term increases in sedimentation due to stream bank and upland disturbances until vegetation can be re-established (Silvis, pp. 3)." This statement apparently assumes that disturbed vegetation along stream banks at Project crossings will be left to the process of natural succession, leaving the banks exposed to weathering, runoff, and erosion. However, TGP will initiate permanent vegetative stabilization using native species of all disturbed areas in or near aquatic resources within 14 days of the completion of Project activities at each aquatic resource, which will mitigate runoff and sedimentation into streams while helping prevent erosion (Cole et al., 2020). Non-native, non-invasive species may be used as cover crops until these native species are established.

The Silvis report also cites channel incision and lateral migration as potential long-term impacts resulting trenching at stream crossings. However, these risks are more commonly associated with alluvial channels, rather than the more valley-confined channels or bedrock substrate channels that comprise many of the proposed pipeline crossings (Castro et al., 2014).

Permanent wetland impacts are also a subject of concern in the Silvis report. Specifically, the report states "excavation of material in wetlands alters the hydraulic properties and the soil structure permanently." TGP's temporary and permanent wetland impacts as well as offered mitigation is discussed below under Compensatory mitigation.

TGP will implement protective measures during Project activities that cause temporary wetland impacts. Prior to construction, the first 12 inches of topsoil will be removed and stockpiled. Upon completion of construction, the wetland will be restored to pre-construction contours, the stockpiled topsoil replaced, and native wetland vegetation re-established. Soil compaction from equipment will be minimized through the usage of timber matting and low-pressure ground equipment. Any potential wetland impacts will be minimized by protective measures such as use of timber mats and low-pressure equipment and by not working in saturated conditions, thus significantly reducing the chances of soil compaction (Parajuli et al., 2022). Removal of the top 12 inches of soil prior to construction also reduces the amount of wetland soils subject to potential compaction, therefore reducing the chance of impaired wetland function. This limited potential loss of hydraulic function within wetlands is of a small magnitude and would therefore be considered *de minimis.*

The pipeline crossings proposed by TGP in its IP application are neither extraordinary nor unique to this Project. These dry open cut utility crossings the same dry open-cut trenching techniques regularly permitted by TDEC and USACE throughout the state of Tennessee, as well as other parts of the country. The EPSCs and BMPs that TGP has proposed to be used for pipeline crossings ensure the protection of federal and state water resources. These techniques and measures are commonly approved for similar projects under federal and state regulations.

TGP has committed to comply with applicable provisions of the FERC Plan and the FERC Procedures during construction and operation of the Project. The FERC Plan and FERC Procedures include provisions that are industry standards for the installation of interstate natural gas pipelines across the country that are subject to the FERC's jurisdiction. The FERC Plan and FERC Procedures provide natural gas pipeline project proponents with the necessary requirements to protect against erosion sedimentation, as well as the operation integrity of the pipeline.

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

c. <u>Compensatory Mitigation</u>

Project activities will not result in permanent alterations to streams or wetlands aside from 0.03-acre permanent conversion of forested wetland canopy to a herbaceous wetland type.

Approximately 0.07-acre of Palustrine Forested ("PFO") wetlands will be converted to Palustrine Emergent ("PEM") wetlands (0.03-acre permanent and 0.04-acre temporary), this alteration will not result in loss of resource function nor appreciable permanent loss. Forested wetland impacts are confined to two wetlands (WDKB001 and WHNB002).

WDKB001 is a mix hardwood wetland system in the interior of a larger riparian hardwood system adjacent to Furnace Creek (SDKB009) in the Harpeth Hydrologic Unit Code ("HUC") watershed (05130204). The system is dominated by Box Elder (*Acer negundo*), American Sycamore (*Platanus occidentalis*), and Green Ash (*Fraxinus pennsylvanica*) with no obligate wetland species dominating. The Project crosses this wetland at its northern edge with the existing TVA transmission corridor. At the Project's crossing of WDKB001, the wetland does not share a direct surface connection with Furnace Creek, but the wetland extends to the southwest beyond what was delineated where a surface connection could occur. Total impacts to this wetland are 0.03-acre (0.01-acre temporary conversion and 0.02-acre permanent conversion).

WHNB002 is a mixed hardwood forested system that is part of a larger PFO/PEM complex in the Lower Cumberland HUC-8 watershed (05130205). The Project crosses the forested portion of the wetland complex along its southwest corner at a near perpendicular crossing of two transmission line corridors. This area of the wetland is dominated by Box Elder and Green Ash, facultative wetland plants. Obligate wetlands species do not dominate this area. An ephemeral stream (SHNB034) transvers the PEM portion of the complex that eventually allows for flow into Lickskillet Branch (SHNB033-3). Total impacts to this wetland are 0.04-acre (0.03-acre temporary conversion and 0.01-acre permanent conversion). The system is heavily impacted by agricultural activities (e.g., hay production) and the crossing of the two powerline corridors.

Impacts to forested wetlands are confined to edge impacts near existing transmission corridors. Total impacts are also less than the 0.1-acre threshold typically used to determine if compensatory mitigation is required. Although TGP believes that Project impacts to wetlands have been avoided and minimized to the extent practicable, TGP is open to exploring mitigation options that include purchase of credits from an USACE-approved mitigation bank or a contribution to the Tennessee Wildlife Federation ("TWF") Wetland In Lieu Fee Program ("TN Mitigation Fund"). Based on a review of the Regulatory In-Lieu Fee and Bank Information Tracking System ("RIBITS"), there are currently no approved mitigation banks with forested wetland mitigation credits servicing the Project area (primary, secondary, or tertiary service areas). TGP has reached out to the TN Mitigation Fund and determined that a minimum contribution of 0.2 credits is necessary to offset the 0.07-acre of forested canopy loss proposed by the Project based on a 2:1 ratio. TGP has

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

reserved 1.44 credits with the TWF TN Mitigation Fund, and the reservation letter is provided as Attachment 3.

<u>References</u>

Castro, J., MacDonald, A., Lynch, E., and Thorne, C. 2015. Risk-based approach to designing and reviewing pipeline stream crossings to minimize impacts to aquatic habitats and species. River Research and Applications, 31, 767-783.

Cole, L., Stockan, J., Helliwell, R. 2020. Managing riparian buffer strips to optimize ecosystem services: A review. Agriculture, Ecosystems & Environment, 269. Available at: https://pure.sruc.ac.uk/ws/portalfiles/portal/25892209/AGEE23700R2.pdf Accessed August 1, 2023

Federal Energy Regulatory Commission (FERC). 2017. Guidance Manual for Environmental Report Preparation. Available at: https://www.ferc.gov/industries/gas/enviro/guidelines.asp?csrt=2231155010947382443. Accessed October 8, 2021.

Matthaei, C., Uehlinger, U., Meyer, E., Frutiger, A. 1996. Recolonization by benthic invertebrates after experimental disturbance in a Swiss prealpine river. Freshwater Biology, 35, 233-248.

Moyer, D., Hyer, K. 2009. Continuous turbidity monitoring in the Indian Creek Watershed, Tazewell County, Virginia, 2006-08. US Geological Survey Scientific Investigations Report 2009-5085.

National Park Service. 2016. Nationwide Rivers Inventory. National Park Service.

Olson, E., Doherty, J. 2012. The legacy of pipeline installation on the soil and vegetation of southeast Wisconsin wetlands. Ecological Engineering, 39, 53-62.

Parajuli, M., Hiesle, P., Khanal, P. 2022. Logging operations and soil compaction. Land-Grant Press by Clemson Extension. Available at: https://lgpress.clemson.edu/publication/logging-operations-and-soil-compaction/ Accessed July 31, 2023

Thorne, C., Castro, J., Cluer, B., Skidmore, P., and Shea, C. 2015. Project risk screening matrix for river management and restoration. River Research and Applications, 31, 611-626.

Tikkanen, P., Laasonen, P., Muotka, T., Huhta, A., and Kuusela, K. 1994. Short-term recovery of benthos following disturbance from stream habitat rehabilitation. Hydrobiologia, 273, 121-130.

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

2.    <u>Monitoring</u>: Details for monitoring of the open-cut trench crossings need to include habitat and biological surveys, gain or loss of aquatic functions (i.e., physical, chemical and biological), upstream and downstream limits, and any additional monitoring in karst terrain.

**<u>Response</u>:**

TGP has agreed to follow the FERC Plan and FERC Procedures during Project construction and restoration of the Project ROW and workspaces.  These documents require TGP to employ environmental inspectors ("EIs") to ensure compliance not only with the FERC requirements, but with all other permitting requirements.  At stream crossings, the EIs will monitor construction procedures, compliance with water quality requirements, and any other special conditions that may be associated with the crossing such as blasting.  EIs will document their observations through daily reports.  Further, the EIs will work directly with the other TGP inspection staff to ensure compliance.  If issues arise during a stream crossing, the EIs will consult with the TGP team to resolve the issues as quickly and efficiently as possible.

TGP is required by the FERC and TDEC to conduct monitoring for a minimum of three years.

Sections V.D. and VI.D. of the FERC Procedures (Attachment 5) outline the post-construction maintenance and reporting requirements that will be applicable to the Project. Specifically, Section VI.D.6 states the following:

> Within 3 years after construction, file a report with the Secretary identifying the status of the wetland revegetation efforts and documenting success as defined in section VI.D.5, above. The requirement to file wetland restoration reports with the Secretary does not apply to projects constructed under the automatic authorization, prior notice, or advance notice provisions in the FERC's regulations.

> For any wetland where revegetation is not successful at the end of 3 years after construction, develop and implement (in consultation with a professional wetland ecologist) a remedial revegetation plan to actively revegetate wetlands. Continue revegetation efforts and file a report annually documenting progress in these wetlands until wetland revegetation is successful.

As per the ARAP / 401 WQC issued by the TDEC on July 21, 2023 for the Project, TGP is required to ensure that the streams crossed are monitored for a minimum of three years post-construction (and until success criteria is met) to ensure that the streams return to preconstruction hydrological conditions.

Post-construction reports will be filed according to the following ARAP / 401 WQC permit conditions:

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

b. An annual post-construction monitoring report must be submitted by April 30 each year for three years after the project's completion (per Special Condition f above) to document evidence of the maintenance of jurisdictional status and successful restoration within all impacted jurisdictional features, and shall include:

1. Representative photographs of each feature pre-impact and post-impact
2. Wetland delineations and stream hydrologic determinations. All stream hydrologic determinations must be made during the February 1 – April 15 time period each year and in accordance with the procedures in TDEC Rule 0400-40-03-.05(9)
3. Identification of any features that have not returned to pre-impact condition, and a corresponding proposed adaptive management plan

c. A post-blasting monitoring report must be completed for each applicable stream crossing within 30 days post-impact (per Special Condition h above). This report will include:

1. Representative photographs of each feature pre-impact and post-impact
2. A description of the attempts to implement the potentially practicable alternatives to        blasting techniques,
3. The results for each technique attempted prior to blasting,
4. A narrative description of the site-specific factors necessitating blasting, and
5. The date of the blasting.

d. A water withdrawal monitoring report must be submitted within 30 days following the completion of all hydrostatic testing associated with the pipeline installation (per Special Condition k above). The report shall include, for each withdrawal location:

1. Specific location of each intake
2. Daily maximum withdrawal rates
3. Instantaneous flow rates and the source of instantaneous flow data, and
4. Total daily withdrawal volume

In karst topography, TGP will follow the Cumberland Pipeline Karst Mitigation Plan. That plan outlines the monitoring necessary in karst areas.  This plan allows for a geohazard subject matter expert to be onsite to assess karst features and any mitigation necessary to avoid long term impacts to karst features.  During ground disturbing activities such as excavation, blasting and trenching, inspection will be conducted for the presence of karst features, such as voids or cave, solution pockets, soft soil areas, soil void, highly fractured bedrock or breccia.

Considering that TGP intends to return all streams and wetland to pre-construction conditions, intends to cross all streams using dry construction methods, and plans to monitor all crossings, TGP does not anticipate any long-term impacts to hydrological or biological features at any

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

crossings.  Temporary impacts may be encountered, such as temporary increases in turbidity, and habitat alteration at the crossings, but these are minor, short-term impacts.

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

3.    <u>Cumulative Effects Analyses</u>: Information is needed to evaluate the cumulative effects of the proposed impacts on the streams and watershed.

**Response:**

Cumulative impacts may occur when the environmental effects associated with a project are added to either temporary (construction-related) or permanent (operation-related) impacts associated with past, present, or RFFAs. RFFAs are those projects within the geographic scope and timeframe of the Project that are beyond mere speculation (i.e., projects with an existing proposal, commitment of resources or funding, or the permitting processes have begun).

The geographic scope of the RFFAs that may contribute to cumulative impacts varies depending on the resource being considered. For each resource, the geographic scope is defined by the CIAA. Potential cumulative impacts on a given resource will result from the combined effect of construction and operation of the Project with other planned major developments with impacts occurring during the same timeframe and resource-specific CIAAs as the Project. [2]

In general, the area of effect of a proposed project will depend on the scope and size of the project (i.e., larger projects will impact a larger area; smaller projects, a smaller area). In addition, the CIAA may also differ for each resource (e.g., for waterbody and wetland impacts, the area of effect may be a particular watershed; for air emissions, the area of impact may be a particular region or attainment/non-attainment area; for threatened and endangered species, habitat demarcations).

Watersheds were used as the CIAA for water use and quality. Watersheds are well defined, published natural boundaries for surface water flow. Surface and groundwater cumulative effects have been most extensively studied at the watershed level. Due to the limited footprint and ground disturbance associated with the Project, impacts on groundwater, wetlands and surface waters were assessed within the HUC-12 watersheds crossed by the Project: Lower Jones Creek (51302040503), Outlet Harpeth River (51302040606), Trace Creek-Harpeth River (51302040605), Furnace Creek (51302050101), Upper Bartons Creek (51302050102), Lower Bartons Creek (51302050104), Lower Yellow Creek (51302050203), Outlet Yellow Creek (51302050205), Johnson Creek-Cumberland River (51302050302), Guices Creek (51302050401), Wells Creek (51302050402).

The Council on Environmental Quality's ("CEQ") Cumulative Effects Guidance (1997) states that certain "future actions can be excluded from the analysis of cumulative effects if: the action is outside the geographic boundaries or time frame established for the cumulative effects analysis; the action will not affect resources that are the subject of the cumulative effects analysis; or including the action would be arbitrary."

---

[2] The terms "reasonably foreseeable future actions" ("RFFAs") and "Cumulative Impact Assessment Area" ("CIAA") were defined by TGP as part of the cumulative impact analysis provided by TGP to the FERC as part of the Project's certificate application for the Project.

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

The cumulative impact analysis also follows the methodology set forth in relevant guidance (FERC 2017, CEQ 1997, and USEPA 1999). Under these guidelines, inclusion of other actions within the analysis is based on identifying commonalities of impacts from other actions to potential impacts that would result from the Project. An action must meet the following criteria to be included in the cumulative impact analysis:

- Impact a resource potentially affected by the Project;

- Cause some or all of this impact within the CIAA defined for the Project; and

- Cause some or all of this impact within the timeframe in which the Project will have an impact.

Planned and existing development projects considered in the Project's cumulative impacts analysis for water use and water quality are presented in Table 3, provided as Attachment 4 to this response. The following projects were identified as past, present, or reasonably foreseeable future projects located within the watersheds that are crossed by the proposed Project and were considered for this evaluation:

- TVA Cumberland Fossil Plant Retirement;
- Management of Coal Combustion Residuals from the Cumberland Fossil Plant;
- Cumberland Fossil Plant Borrow Areas and Access Road;
- Cumberland Fossil Plant Wastewater Treatment Facility;
- Cumberland River Compact in ILF Instrument;
- Dickson Terminal Project;
- Economic Development- Canterbury Site;
- Dickson County Municipal Airport Lighting Upgrade
- Magnum Manufacturing Expansion; and
- Hayes Fork Wetland Mitigation Bank

*Groundwater Resources*

Groundwater resources will not be impacted as a result of construction-related activities. There are no USEPA-designated sole-source aquifers in the vicinity of the Project area. Additionally, TDEC has been contacted to confirm that there are no state or local wellhead protection areas within one mile of the Project. No impacts to sole-source aquifers, public water supply wells, private drinking water supply wells, or wellhead protection areas are anticipated as a result of the construction or operation of the Project. No groundwater withdrawals are being proposed for construction activities and no groundwater withdrawals will be required during operation of the Project; therefore, no Project impacts related to groundwater withdrawal will occur as a result of its construction or operation.

A review of past, current, and proposed projects located within HUC 12 watersheds crossed by the Project area was completed to assess the cumulative impacts to groundwater resources within the Project area. In total, 10 past, current, and future projects were identified within the CIAA for

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

water resources. Two of the identified projects, Cumberland River Compact ILF Program Instrument and Hayes Fork Wetland Mitigation Bank, are habitat restoration projects with no negative impacts to groundwater resources. In addition, the Magnum Manufacturing Expansion has been completed with no reported impacts to groundwater resource documented on any public forum, and the CUF Wastewater Treatment Facility has claimed no potential impacts to groundwater resources (TVA 2019a). The Dickson County Municipal Airport Lighting Upgrade Projects does not require any additional construction or subterranean activities; therefore, no groundwater should be impacted by this project. The CUF Borrow Areas and Access Road project has claimed potential minor, localized impacts to seasonal surficial groundwater patterns (TVA 2017). The remaining four projects may require activities that could result in negative impacts to groundwater resources, however, no quantifiable information was found on any public forum regarding their possible groundwater impacts. TGP has made the assumption that impacts to groundwater from these activities have been or will be similar to those from this Project's activities and will represent an insignificant risk to groundwater. Therefore, no incremental contributions to cumulative impacts on groundwater sources will be anticipated relative to other past, present, or reasonably foreseeable future projects in the area.

In the Final Environmental Impact Statement ("Final EIS") for the Project issued on June 30, 2023, the FERC staff found that "…the Project is not expected to make a measurable contribution towards cumulative impacts on groundwater sources relative to other past, present, or reasonably foreseeable future projects in the area." (FERC 2023)

*Surface Water Resources*

Surface water resources will be impacted as a result of Project construction activities. To reduce the risk and severity of potential surface water impacts, TGP will require strict adherence to the FERC Plan and FERC Procedures and Project-specific BMPs. Additionally, the Project will adhere to the permit conditions that will be contained in the USACE and TDEC permits and any applicable certificate conditions. TGP anticipates that water quality impacts from construction-related storm water runoff, hydrostatic testing of pipelines, and site dewatering would be short-term and localized.

In compliance with U.S. Department of Transportation pipeline safety regulations at 49 CFR Part 192, TGP will conduct hydrostatic testing on the pipeline and aboveground facilities prior to the Project being placed into service. For hydrostatic test procedures, TGP will use approximately 6,131,000 gallons of water to test the new pipeline and related facilities. TGP plans to obtain the water for hydrostatic testing from surface waterbodies. Water withdrawals from surface waters will be conducted in accordance with all applicable federal and state permit requirements, and by measures outlined in the FERC Plan and FERC Procedures. In addition, water withdrawals will not reduce water to a point that would impair flow and impact wildlife or public and recreational uses. Hydrostatic test water is not anticipated to be a potential source of surface water contamination.

Operational impacts to surface waters are not anticipated for the Project. Operational activities that could impact surface waters are restricted to storm water discharges. Storm water discharges will

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

be regulated by an NPDES Permit. Water quality impacts associated with discharges are expected to be minor.

TGP reviewed past, present, and reasonably foreseeable future projects that occur within the same watersheds as the Project area to determine the cumulative impact to surface water resources within the CIAA for water resources. There were four projects identified within the CUF property boundaries that contain approximately 1,437 linear feet of perennial streams and 711 linear feet of intermittent streams (TVA 2016; TVA 2019b) that may be negatively impacted by project activities. Furthermore, a single freshwater pond was identified on both the Dickson Terminal Project (0.25-acre freshwater pond) and the Economic Development-Canterbury Site (0.24-acre freshwater pond) that may potentially be negatively impacted by these projects (USFWS 2019). The Magnum Manufacturing Expansion has been completed with no reported negative impacts to surface water resources reported on any public forum. The Dickson County Municipal Airport Lighting Upgrades does not require any additional construction to the surrounding area; therefore, no surface water impacts should occur from the activities associated with that project. Finally, positive impacts to surface water resources will occur during the construction and completion of the Hayes Fork Wetland Mitigation Bank and the Cumberland River IFL Program as these are habitat restoration projects, with the Cumberland River ILF Program restoring approximately 3,525 linear feet of intermittent and perennial streams within the watersheds of the Project area (TVA 2022).

The planned and existing development projects located in the watersheds crossed by the Project have likely received or applied for USACE and TDEC permits and will likely be required to adhere to similar permit restrictions as the Project regarding the minimization of surface water impacts. As impacts from the Project on surface waters will be avoided, minimized, or mitigated to the extent practicable no significant incremental contributions to cumulative impacts on surface water resources are anticipated relative to other past, present, or reasonably foreseeable future projects in the area.

Further, Section 4.13.3 of FERC's Final EIS (FERC 2023) for the Project, the FERC staff concluded:

> Operation of the project would not result in a permanent impact on water resources. Also, neither the Pressure Regulation Statin nor the Cumberland Meter Station would contribute toward cumulative impact on water resources during construction or operation of these aboveground Facilities.

> Construction of the Project would result in short-term, temporary impacts on surface waters, as described in section 4.3.2, above. One other project, the TVA CCR project, also would result in direct impacts on surface waters within the Wells Creek HUC-12 Watershed. As listed in Table 4.13-3, the Project would result in a minor, short-term cumulative impact on surface water during the installation of the pipeline across several streams. Additionally, the TVA CR project would result in long-term impacts on numerous streams within the CUF area. WE anticipate that the Project's temporary contribution to surface water impacts, when combined with

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

the TVA CCR project's impacts, would only have a minor and temporary contribution to the overall cumulative impact on surface waters. As described in table 4.13-2, the TVA impacts would be mitigated through the development of the Cumberland River Compact and the Hayes Creek mitigation programs.

*Wetland Resources*

Wetland resources will be impacted during the construction and operation of the Project. Project activities do not include any permanent fill of wetlands; however, forested wetlands located within the pipeline permanent easement (0.03 acre) will be permanently converted from forested wetland systems to a herbaceous wetland vegetation cover type. Additionally, there will be a temporary loss of wetlands (0.69 acre) associated with construction activities that will be restored to pre-construction conditions and allowed to revegetate.

The FERC Plan and FERC Procedures and USACE and TDEC permit conditions will be implemented during construction, and include appropriate BMPs to avoid, minimize, and mitigate for potential impacts during wetland and waterbody crossings, including indirect impacts to wetlands from erosion and sedimentation from nearby construction workspaces. Permanent and temporary wetland conversion will be mitigated by TGP's compensatory mitigation plan in coordination with applicable federal and state wetland authorities to achieve a no net loss of wetland function or value.

TGP reviewed past, present, and reasonably foreseeable future projects that occur within the same watersheds as the Project area to determine the cumulative impacts of project activities to wetland resources within the CIAA for water resources. Four projects that may negatively impact wetland resources were identified within the CUF property boundaries containing approximately 0.51 acre of wetlands (TVA 2016; TVA 2019b). No wetlands were identified on the properties for the Dickson Terminal Project and the Economic Development-Canterbury Site Project. Furthermore, the Magnum Manufacturing Expansion Project was completed with no documented impacts to wetland resources reported on any public forum. The Dickson County Municipal Airport Lighting Upgrades Project required no additional construction to the surrounding area, and therefore should not negatively impact wetland resources. Finally, positive impacts to wetland resources will occur during the construction and completion of the Hayes Fork Wetland Mitigation Bank and the Cumberland River ILF Program Instrument as these are habitat restoration projects, with the Hayes Fork Wetland Mitigation Bank restoring approximately 19.6 acres of wetlands within the watersheds of the Project area (USACE 2022).

The planned and existing development projects located within the watersheds of the Project area will be required to receive, or have received, approval and permitting from the USACE and TDEC prior to the start of their construction. Subsequently, these projects will be held to similar permit restrictions as the Project regarding the minimization of impacts to wetlands through BMPs and will be required to provide mitigation to all wetland impacts to achieve a no net loss of wetland function or value.

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

Impacts from the Project on wetlands will be avoided, minimized, or mitigated to the extent practicable. Thus, no significant incremental contributions to cumulative impacts on wetland resources are anticipated relative to other past, present, or reasonably foreseeable future projects in the CIAA for Project-related impacts to water resources.

In Section 4.13.3 of the Final EIS for the Project (FERC 2023), the FERC staff concluded that:

> Impacts on wetlands resulting from construction of the Project would be generally localized and short term.

> Of the 0.69 acre of wetland impacted during construction of the Project, 0.2 acre of wetlands would be impacted within the Wells Creek HUC-12 Watershed, resulting in a total cumulative wetland impact of 0.71 when combined with the TVA CCR project impacts.  Therefore, cumulative impacts on wetlands are expected to be very minor.

<u>References</u>

Council on Environmental Quality ("CEQ"). 1997. Considering Cumulative Effects Under the National Environmental Policy Act. Available at: https://www.energy.gov/sites/prod/files/nepapub/nepa_documents/RedDont/G-CEQ-ConsidCumulEffects.pdf. Accessed July 2021.

Federal Energy Regulatory Commission ("FERC"). 2017. Guidance Manual for Environmental Report Preparation. Vol. 1. Office of Energy Projects.

Federal Energy Regulatory Commission ("FERC"), June 2023.  Cumberland Project Final Environmental Impact Statement, Docket CP22-493-000.

Tennessee Valley Authority ("TVA"). 2016. Environmental Impact Statement for Cumberland Fossil Plant Coal Combustion Residual Management. Available at: Federal Register: Environmental Impact Statement for Cumberland Fossil Plant Coal Combustion Residual Management. Accessed June 2022.

TVA. 2017. Cumberland Fossil Plant Borrow Areas and Access Road Final Environmental Assessment. Available at: tva_cuf_borrow_fea.pdf (azureedge.net). Accessed June 2022.

TVA. 2019a. Cumberland Fossil Plant (CUF) Wastewater Treatment Facility Final Environmental Assessment. Available at: final-ea_cuf-wwtf_2019-0705.pdf (azureedge.net). Accessed June 2022.

TVA. 2019b. Management of Coal Combustion Residuals from the Cumberland Fossil Plant 2019 Update. Available at: https://www.tva.com/Environment/Environmental-Stewardship/Environmental-Reviews/Cumberland-Fossil-Plant-Coal-Combustion-Residuals-Management-Operations. Accessed June 2022.

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

TVA. Economic Development. 2021. Canterbury Site. Accessed at: Canterbury Site – TVA Economic Development (tvasites.com). Accessed June 2022.

United States Army Corps of Engineers ("USACE"). 2022. Public Notice No. 22-02; LRN-2021-01046. Available at: Public Notice 22-02; LRN-2021-01046 > Nashville District > Public Notices (army.mil). Accessed June 2022.

United States Environmental Protection Agency ("USEPA"). 1999. Consideration of Cumulative Impacts in EPA Review of NEPA Documents. Available at: https://www.epa.gov/sites/production/files/2014-08/documents/cumulative.pdf. Access July 2021.

United States Fish and Wildlife Service ("USFWS"). 2019. National Wetlands Inventory of Surface Waters and Wetlands- Wetlands Mapper. Available at: https://fwsprimary.wim.usgs.gov/wetlands/apps/wetlands-mapper/. Accessed June 2022.

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

4.    <u>Public Interest</u>: Additional public interest criteria to be addressed includes impacts to drinking water, conservation, natural springs and wells, public safety, environmental justice, farmland, forested land, social justice/property ownership, invasive species, recreation, agriculture, invasive species management, etc.

**<u>Response</u>:**

The FERC Staff issued a final EIS on June 30, 2023 for the Project, assessing the potential environmental effects of the construction and operation of the Project, including water use and quality, fish, wildlife and vegetation, cultural resources, socioeconomics including environmental justice, geological resources, soils, land use, recreation and aesthetics, air and noise quality, and reliability and safety. In the Final EIS, the FERC staff concluded that impacts of the proposed Project "would be reduced to less-than significant levels because of avoidance, minimization, and mitigation measures proposed by Tennessee and those recommended by staff in the EIS." Please see the attached Final EIS included as **Attachment 2**. The locations of the specific analysis of the public interest criteria within the Final EIS issued for the Project are provided in Table 4 below.

**TABLE 4**
**Cumberland Project Final EIS Public Interest Analysis Results**

| Public Interest Categories | Final EIS Page Number(s) |
|---|---|
| Water Resources: Drinking Water, Conservation, Natural Springs and Wells | 4-24, 4-25, 4-30 |
| Public Safety | 4-113 |
| Environmental Justice, Social Justice / Property Ownership | 4-70 |
| Farmland / Agriculture | 4-20 |
| Forested Land | 4-62 |
| Invasive Species / Invasive Species Management | 4-44 |
| Recreation | 4-64 |

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

5.  <u>Economics</u>: Concerns include that the project is too costly for taxpayers and will increase cost of energy/electricity, does not benefit the local workforce, decreases long-term employment opportunities and decreases property values.

**Response:**

Construction of the Project will have a net positive impact on local and regional businesses within the three counties impacted by the Project. TGP estimates that approximately $17,300,000 in Dickson County, $8,100,000 in Houston County, and $1,300,000 in Stewart County ($26,700,000 total) will be distributed in construction payroll for personnel working at the various Project sites over the 12-month construction period. During construction, it is anticipated that 20 to 30 percent of worker payroll will be spent locally by both local and non-local workers for the purchase of housing, food, gasoline, entertainment, and luxury items. The dollar amount would be dependent on the number of construction workers employed at any given time and the duration of the non-local worker's residence in the Project area.

It is also anticipated that some portion of construction materials will be purchased locally. Material purchases, including construction equipment, pipe, and valves, are estimated to be $16,500,000 in Dickson County, $6,800,000 in Houston County, and $2,200,000 in Stewart County ($25,500,000 total), including freight and taxes. An additional $71,000,000 in Dickson County, $34,500,000 in Houston County, $3,900,000 in Stewart County ($109,400,000 total) is estimated to be spent by TGP on other construction related expenditures, for a total estimated construction cost of $161,600,000. These payroll and materials expenditures are expected to have a positive impact on the local economy.

Construction and operation will result in increased tax revenues for the state of Tennessee, Dickson County, Houston County, and Stewart County, and potentially other local taxing authorities. The prevailing state sales tax rate for most items in Tennessee is seven percent. An additional 2.75 percent county sales tax is levied in Dickson and Houston counties. In Stewart County, an additional 2.25 percent sales tax is levied. Assuming all material purchases are taxed at an effective sales tax rate of 9.25 percent, TGP will pay approximately $2,300,000 in sales tax during construction.

Once in operation, TGP will also pay ad valorem taxes based on the assessed value of the Project facilities. TGP estimates paying approximately $2,400,000 annually in ad valorem taxes on average over the first 10 years of Project operations. During the first year of operation, ad valorem taxes are estimated to be $1,298,810 to Dickson County, $630,300 to Houston County, and $1,298,810 to Stewart County (total of $1,199,150). Ad valorem taxes are anticipated to be paid annually at similar or higher levels for the remaining life of the Project.

TGP anticipates a maximum workforce of 300-400 people during Project construction. Attempts will be made to hire local and regional construction workers to the extent feasible, provided these workers possess the necessary skills and experience for meter station, pressure regulation station, and pipeline construction. However, as described above, to the extent the local workforce does not

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

possess the skills required, specialized workers will be obtained from outside the local areas. TGP anticipates that approximately 10 percent of the workforce would consist of the hiring of local labor, which will have a net positive impact on employment, wages, and household spending in the area.

As workers move into the areas for the construction of the Project, it is anticipated that the workforce will reside in a combination of vacant rental housing, temporary housing and campgrounds in the towns/areas surrounding the construction site. With all housing options considered, impacts to rental and temporary housing market may be material and last for the duration of construction (anticipated to be no more than 12 months for all components of the Project). These temporary impacts may be positive to the owners/proprietors of the housing units, their employees (if applicable), and state revenues through a seven percent local occupancy taxes ("hotel/motel tax"). However, these impacts may be negative to current and prospective renters and guests of these homes and establishments through reduced availability of options and/or higher prices.

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

6. <u>Disposal site(s)</u>: Identify any proposed disposal site(s) and impacts to waters of U.S. that maybe required at these site(s).

**<u>Response</u>:**

TGP proposes no new disposal sites and no impacts to WOTUS will occur as a result of disposed materials. All excess construction materials and debris (e.g., timber, slash, mats, garbage, drill cuttings and fluids, excess rock) will be collected, contained, and disposed of in compliance with all applicable survey, landowner or land management agency approval, and permit requirements. Any excavated material not used as backfill will be removed and disposed of in accordance with local, state, and federal conditions and disposed of outside the 100-year floodplain. Containment and disposal of the drilling mud used for HDD will be performed in accordance with applicable permit requirements. Waste drilling fluid and cuttings will be collected, temporarily stored in the construction workspace, and then disposed of off-site at an approved facility. Trash and food debris will be placed in secured containers and disposed of at an approved disposal facility. Timber and other vegetative debris may be stacked at the edge of the ROW, chipped for use as erosion-control mulch, or otherwise disposed of in accordance with applicable regulations and landowner requirements/requests.

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

7.    <u>Shapefiles</u>: The Cherokee Nation requested shapefiles for the proposed project in addition to comments from the State Historic Preservation Office prior to providing comments.

**<u>Response:</u>**

As requested by the Cherokee Nation, electronic ESRI shapefiles of the Project's environmental study area, workspaces and environmental features (e.g., wetlands and waterbodies) are enclosed (Enclosure 2 to response) for the USACE to provide directly to the Cherokee Nation.  These files contain privileged information and TGP's requests that these shapefiles be transmitted by the USACE directly to the Cherokee Nation and labeled as "Privileged Information".

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

FROM THE COMMENTS RECEIVED, OTHER CONCERNS OF INTEREST REGARDING THE PROPOSED PROJECT INCLUDE:

1.  Blasting: Concerns of blasting the streambeds and irreversible damage to the stream quality and aquatic habitat should be addressed, in particular from increased sedimentation.

**Response:**

In the event that controlled blasting is needed for rock removal at certain waterbody crossings, as discussed above, a qualified contractor will develop a plan of action that is specific and unique to each waterbody crossing that requires controlled blasting. Although controlled blasting risks loss of stream hydrology in certain locations where groundwater discharge to the channel is not supported by sufficient hydraulic head, the primary advantage of controlled blasting is the drastic minimization of the duration of instream work and temporary disruptions to stream flow. The overall area of construction impacts when using controlled blasting is significantly smaller in comparison to the other construction methods because no construction of HDD drill pits or long-term mobilization of hammering equipment is necessary. TGP will ensure that controlled basting is localized and isolated to within the trench line to minimize the movement of materials outside of the waterbody. Drill patterns will be set so that they achieve smaller rock fragments which will allow for the use of as much of the fragmented rock as possible when restoring the trench to its pre-construction condition. Rock fragments will also be shifted, as needed, to maintain the contours and flow patterns of the waterbody after the blasting is complete.  In the event of loss of hydrology in a waterbody, TGP will follow the Geohazard Mitigation Guidance Plans that have been developed for the Project.

Controlled blasting will be considered in non-karst areas that are also not in wetlands or streams with an unacceptable risk of hydrologic loss. The risk of karst-prone geology and risk of unacceptable hydrologic loss has been evaluated for each stream crossing location at which a bedrock substrate has been identified, and the analysis is presented as Table 2.7-3: Waterbodies Crossings Hydrologic Risk Analysis in TGP's application.

During blasting operations, the blasting contractor(s) will be required to monitor operations in the following manner:

- Provide seismographic equipment to measure the peak particle velocity ("PPV") of all blasts in the vertical, horizontal, and longitudinal directions. Seismic monitoring can only be discontinued if (1) the blasting schedule and blasting performance consistently produce PPVs at the pipeline that are lower than the maximum allowable limit; and (2) a TGP representative provides written authorization.
    - An independent third-party contractor will monitor the seismographs and provide Blasting Log records to a TGP representative and the blasting contractor(s).
    - All seismographs will be deployed and calibrated per the standards outlined by the International Society of Explosive Engineers.

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

- Measure the PPV at adjacent pipeline(s), at potable water sources, and at any aboveground structure. If access cannot be gained to these locations, the PPV shall be measured at the edge of the construction workspace, or as close as possible to the location.
- Complete a Blast Report immediately after each blast and submit a copy to a TGP representative.

Following blasting operations, TGP will continue to follow the FERC Wetland and Waterbody Construction and Mitigation Procedures ("FERC Procedures") and TDEC National Pollutant Discharge Elimination System permit (application to be submitted prior to construction) for discharges of stormwater associated with construction activities. TGP will have a dedicated Environmental Inspector performing required inspections of sediment control, stream quality, and impacts on aquatic habitat at all waterbodies until stabilization has been achieved.

After Project completion, annual monitoring in accordance with the FERC Procedures and applicable USACE and TDEC permit conditions will be conducted to ensure all aquatic resources are properly restored to pre-construction conditions. Aquatic crossings will be monitored after the completion of construction and restoration activities to ensure successful revegetation of channel stream buffers and wetlands, stabilization of previously disturbed stream geomorphology (i.e., channel bed and bank, dimension, and profile), and to ensure no loss to streams' hydrologic regimes.

Visual assessments will be used to qualitatively evaluate previous wetland and waterbody crossing locations. Evaluations using the TDEC's Hydrologic Determination Field Data Sheets will be performed at each stream crossing location. An overall qualitative assessment of each reach will also be conducted to ensure that areas that are not otherwise measured or documented do not contain conditions that may require further analysis or attention. For wetlands, USACE datasheets completed during pre-construction surveys will be used for comparative purposes to determine restoration success with regards to aerial cover and species composition. Conditions observed during the overall visual assessment will be documented, photographed, and described in a final mitigation monitoring report. Photographs will be taken upstream and downstream at the crossing locations to characterize the streams and to support the evaluation of the monitoring efforts. Each photo will be taken at the same bearing/orientation as the wetland and waterbody delineation field surveys.

For controlled blasting within 50 feet of a stream or wetland, the TDEC ARAP / 401 WQC issued for the Project contains the following blasting mitigation and reporting conditions:

1. Unless stated otherwise, all blasting shall adhere to the conditions and other information submitted in the Draft Blasting Plan found in the document entitled "Attachment 5 – Comprehensive Environmental Construction Management Plans" submitted to the Division on July 22, 2022, as part of the initial permit application package.

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

2.  The blasting contractor(s) will create a site-specific blasting plan for each blasting location as described in the Draft Blasting Plan. The blasting plans must be submitted by the blasting contractor(s) to the permittee for review and approval by one of its engineers.

3.  Blasting operations must be conducted by, or under the direct and constant supervision of, personnel licensed and certified to perform such activity in Tennessee. Prior to any blasting activities, the blasting contractor(s) will provide documentation of the experience, licenses, and permits associated with blasting personnel to the permittee. The individual directly overseeing any controlled blasting activities will be required to hold a registration classification as defined in the T.C.A. Title 68, Chapter 105. The Geohazard Inspector will have prior experience in geohazard identification and characterization and experience in providing support/oversight during construction. The Geohazard Inspector will work under the direction of a licensed Professional Engineer. All blasting must be conducted with a Geohazard Inspector present.

4.  Blasting will not be used in Tennessee jurisdictional streams characterized by karst-prone geology or with an unacceptable risk of hydrologic loss, as identified in the Waterbodies Crossings Hydrologic Risk Analysis table in the document entitled "TGP Cumberland Project – RAI Response Document" submitted to the Division on December 1, 2022. Only streams in which 1) karst is unlikely and 2) risk of hydrologic loss is "reduced" and 3) HDD has been determined to not be practicable may blasting be considered.

5.  Blasting is not authorized within wetlands.

6.  The Division (Natural Resources Unit permit writer and Nashville Environmental Field Office) must be contacted in writing at least 48 hours in advance when controlled blasting is proposed. The permittee must provide site-specific documentation to the Natural Resources Unit permit writer supporting that controlled blasting is the least environmentally damaging practicable alternative for that particular stream crossing per Special Condition g. Written authorization must be obtained from the Division prior to initiation of controlled blasting.

7.  A qualified project biologist will survey the proposed blasting zone identified by the pipeline blasting contractor(s) immediately in advance of any blasting for the presence of any state-listed species and if found, will contact the TWRA and TDEC Division of Natural Areas before proceeding.

8.  Blasting will be conducted in dry conditions within the workspace.

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

9. The permittee will minimize the length of time that aquatic resources are disturbed by expediting completion of each crossing and completing stream crossings separate from the mainline construction.

10. All streams and stream banks will be restored to their original contours immediately following pipeline installation.

11. The permittee shall submit a post-blasting monitoring report to the Division within 30 days of the restoration of the temporary stream impacts. See the Monitoring Requirements section of this permit for details.

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

2.    <u>Restoration</u>: Comments were received regarding the post-construction restoration plans of streams and wetland and restoration plans of the cleared areas temporarily for construction purposes.

**Response:**

Restoration procedures and specifications were provided in detail in several attachments to the IP Application, including the FERC Plan (IP Application Attachment 5, Appendix A), and FERC Procedures (IP Application Attachment 5, Appendix B). Additionally, summaries of the proposed restoration measures were provided in Section 2.3, Construction Methods., of the IP application.

The intent of the FERC Plan and FERC Procedures is to return landscape and aquatic features to similar and stable conditions. TGP will accomplish restoration for waterbody (stream) crossings by following the requirements set forth in Section V.C of the FERC Procedures. As defined, restoration requires the applicant to return all waterbody banks to preconstruction contours or to a stable angle of repose, restore bed elevations, install erosion control fabric or an equivalent at time of final recontouring and to revegetate riparian areas with native species of conservation value such as grasses, legumes or woody species in similar density to adjacent undisturbed land where it will not compromise the integrity of the pipeline.

TGP acknowledges the value of riffle and pool complexes and intends to maintain the resource value of these features in the Project waterbodies. Riffle/pool sequences are a result of numerous landscape and climatic variables such as valley slope and confinement, stream pattern, sediment load and transport and hydraulic controls. These are landscape scale features, and the scale of the proposed Project crossings are minor relative to these deterministic factors.

As stated in 40 C.F.R. § 230.45, Riffle and Pool Complexes are evaluated through riffle/pool ratios which are most often represented in a percentage format using data collected by geomorphic survey. These features are evaluated at the reach scale due to their relative predictability as it relates to reach scale hydraulics. Riffle and pool facet determinations are typically made by evaluating changes in water surface elevations relative to hydraulic controls. Geomorphic survey specifications require at least 20 channel widths of data to be collected and analyzed for riffle/pool percentage calculations to be considered representative. For most channels within the Project area where bedform diversity would be evaluated, the channel widths would result in survey extents far exceeding the average trench width of 4.5 feet. The majority of the waterbodies to be crossed by the Project pipeline are also of moderate to high gradient where greater grade loss occurs over riffles, creating a greater margin of error in bed elevation restoration before any functionally significant impacts occur to riffle/pool percentages. The aforementioned channel widths and channel grades will significantly minimize any impact to riffle/pool percentages at the reach scale as evaluated by the widely accepted quantitative methodologies used in the USACE Nashville District.

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

The public comment log stated that there was a risk of lost value in riffle and pool sequences from two primary drivers: (1) discharge of fill and (2) sedimentation from hydrological modification and sediment laden runoff.

Discharge of fill is a regulated activity under the FERC Procedures. Accordingly, the management of fill will be conducted in a manner consistent with the requirements of Section III.E of the FERC Plan which states that "discharge of materials for beneficial reuse associated with the construction of the Project pipeline must not result in adverse environmental impact. This will be accomplished for the Project through the execution of work as specified in the open cut crossing details which were provided to the USACE in Appendix 1E, Typical Construction Drawings and Details, to the IP application. As set forth on those drawings, channel spoil from instream activities is specified for stockpile outside of the stream channel and stockpile locations outside of the stream channel are specified to be surrounded by barriers to prevent spoil from flowing back into the waterbody. Any additionally specified requirements associated with placement or disposal or fill with adverse qualities will be handled in a manner consistent with the permit requirements.

With regard to sedimentation, many of these practices identified in the IP application and in this response will help prevent the introduction of sediment to waterbodies crossed by the Project pipeline. Sediment barriers surrounding spoil locations will prevent runoff from flowing into the waterbodies. Additionally, waterbodies will be crossed by HDDs or dry crossing methods, and there will therefore be no water flow to transport sediments to other locations within the waterbody. There will only be minor and temporary sedimentation during the installation and demobilization of the dry crossing, and HDDs. TGP will also seek authorization to operate under a National Pollutant Discharge Elimination System ("NDPES") Construction General Permit ("CGP") No. TNR 100000 and NPDES Hydrostatic Test Water General Permit No. TNG670000. The CGP No. TNR 100000 provides the framework to conduct work in a manner that has been deemed acceptable to allow only minor impacts to waters of the state. If there is a change in the scope of the proposed work that would be expected to have a significant effect on the discharge of pollutants to the waters of the state or if inspections and investigations by the Environmental Inspector or federal, state or local officials indicate that the approved Stormwater Pollution Prevention Plan is proving ineffective in minimizing pollutants or otherwise not achieving the objectives of controlling pollutants to the maximum extent practicable, TGP will modify the SWPPP as appropriate and recertify with the TDEC Division of Water Resources.

For wetland crossings and for temporarily cleared wetland areas, restoration procedures are detailed in Section VI.C. of the FERC Procedures. Where wetland crossings occur, trench plugs will be installed at the wetland boundaries and pre-construction wetland contours will be restored to maintain original wetland hydrology. After contour restoration occurs, wetland crossings will be reestablished with native herbaceous species and/or woody species where practicable (see above constraints).

As stated in Section VI.D. of the FERC Procedures, wetland revegetation shall be considered successful if all of the following criteria are satisfied:

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

a) the affected wetland satisfies the current federal definition for a wetland (i.e., soils, hydrology, and vegetation);

b) vegetation is at least 80 percent of either the cover documented for the wetland prior to construction, or at least 80 percent of the cover in adjacent wetland areas that were not disturbed by construction;

c) if natural rather than active revegetation was used, the plant species composition is consistent with early successional wetland plant communities in the affected ecoregion; and

d) invasive species and noxious weeds are absent, unless they are abundant in adjacent areas that were not disturbed by construction.

As defined by the FERC Plan and the FERC Procedures, at least one Environmental Inspector is required for each construction spread during construction and restoration. Environmental Inspectors will be responsible for adherence to permit stipulations during the implementation of the Project. Environmental Inspectors will have the authority to stop activities that violate environmental conditions of the FERC's certificate order, stipulations of other environmental permits or approvals, or landowner easement agreements, and to order appropriate corrective actions. Likewise, representatives of the permitting agencies may review the Project's construction and restoration activities when desirable to inspect for conformity with permit stipulations.

As proposed, the Project does not present an appreciable loss of resource function or value. The proposed post-construction monitoring plan and mitigation plans discussed above will serve to document and address any instances of greater than *de minimis* loss resulting from the Project to the extent that any may arise.

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

3.    <u>Property Values and Ownership</u>: Concerns include short and long-term adverse impacts, property damage, clearing of timber, loss of income from agricultural or timber harvesting, aesthetics/viewshed, property values, quality of life, and cumulative impacts the pipeline would have on their property.

**Response:**

Construction and operation of the Project will result in increased tax revenues for the state of Tennessee, Dickson County, Houston County, and Stewart County, and potentially other local taxing authorities. The prevailing state sales tax rate for most items in Tennessee is seven percent. An additional 2.75 percent county sales tax is levied in Dickson and Houston counties. In Stewart County, an additional 2.25 percent sales tax is levied. Assuming all material purchases are taxed at an effective sales tax rate of 9.25 percent, TGP will pay approximately $2,300,000 in sales tax during construction.

TGP is working with affected landowners to properly compensate such landowners for land rights that may be permanently or temporarily impacted by the Project. Further, timber will be removed only when necessary for construction purposes. The Project will not interfere with the local timber harvesting.

The Project pipeline was designed to be co-located generally with and adjacent to an existing TVA powerline easement and other utility easements. During Project construction, temporary visual impacts will occur as a result of construction equipment and disturbed soil and vegetation. In co-located areas, the permanent ROW for the pipeline will result in an increase in the overall ROW width when considered along with TVA's existing powerline easement and other utility easements, but the pipeline ROW will be consistent with existing conditions and have minimal visual impacts. Since the pipeline will be placed below ground and the pipeline ROW restored following Project construction, visual impacts will be minimal after construction and installation have been completed (see FERC EIS page 4-65). Pipeline impacts will be most noticeable in forested areas, however, due to the co-located nature of approximately 80 percent of the Project pipeline, no large, cleared ROWs will be created as a result of the Project. The construction of the mainline valve on the Cumberland Pipeline will result in some visual impacts to nearby residences and passing traffic on Little Bartons Creek Road; however, because of its location adjacent to the TVA powerline easements surrounded by mature forest that provides a pre-existing screen, visual impacts are anticipated to be low in comparison to that of existing infrastructure in the area. TGP will also install a 6-foot-high wooden fence along the property boundary as an additional visual and noise screen.

Seven houses and eleven other buildings are located within 50 feet of the edge of the proposed construction work area. Mitigation measures related to houses and other buildings have been developed are discussed in the FEIS issued by the FERC for the Project (Attachment 2).

With regard to property values, according to a report conducted by Integra Realty Resources ("IRR") on behalf of the INGAA Foundation, the presence of a natural gas pipeline does not affect the value of the surrounding property (INGAA 2016). IRR conducted a rigorous study of properties

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

in four separate areas of the country in 2015. The report shows the presence of pipelines does not affect the value of a property, its insurability, its desirability or the ability to obtain a mortgage. The following information was also confirmed during the study:

- There is no measurable impact on the sales price of properties located along or in proximity to a natural gas pipeline versus properties which are not located along or in proximity to the same pipeline.
- Neither the size nor the age of a natural gas pipeline affects a property's sale price.
- There is no impact on demand for properties located along natural gas pipeline easements nor is development in areas with natural gas pipelines hindered.
- Natural gas pipelines do not affect the property value of any particular type of residence any more or less than another type of residence.
- The sales frequency of homes "on" the pipeline is consistent with those "off" the pipeline, indicating that the presence of a pipeline does not inhibit sales.
- Buyers purchasing homes along pipeline easements in each area were able to obtain conventional, Federal Housing Administration (FHA), and Veterans Affairs (VA) loans. This indicates that the presence of a natural gas pipeline had no effect on obtaining a mortgage.
- Insurance companies and agents interviewed said there was no indication that the presence of a natural gas pipeline would hinder a buyer's ability to acquire property insurance. They also said there was no indication that premiums paid for insurance policies would increase because of the proximity of a natural gas pipeline.
- Based upon the geographically disparate areas studied, IRR concluded that it was highly likely that the results and conclusions of this report would apply to other markets across the country in which natural gas pipelines were located.

Reference

The INGAA Foundation. 2016. Pipeline Impact to Property Value and Property Insurability. Prepared by Integra Realty Resources. INGAA Foundation Report No. 2016.01. Retrieved from Pipeline Impact to Property Value and Property Insurability – INGAA. Accessed August 2023.

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

4.    <u>Safety</u>: Concerns include pipeline integrity, threat of leaks, uncontrollable burns, fire protection, lack of cutoff valves, safety measures on private property, and voltage interference where buried pipelines are collocated with high voltage current transmission lines especially since there has been an explosion in the past damaging hundreds of acres and homes. Concerns of the multiple safety hazards associated with pipeline construction near a high voltage power line are discussed in reports published by the Interstate Natural Gas Association of America Foundation and Canadian Energy Pipeline Association.

**Response:**

Pipelines and related facilities are designed, operated, and maintained in accordance with U.S. Department of Transportation's ("USDOT"), Pipeline and Hazardous Material Safety Administration ("PHMSA") regulations at 49 CFR Part 192, "Transportation of Natural and Other Gas by Pipeline: Minimum Federal Safety Standards", to ensure both public safety and pipeline reliability and to minimize the opportunity for system failures. The USDOT's pipeline safety regulations in 49 CFR Part 192 are intended to ensure adequate protection for the public and to prevent natural gas facility accidents and failures. These regulations specify material selection and qualification, minimum design requirements, and protection from internal, external, and atmospheric corrosion. In addition, the safety standards in 49 CFR Part 192 require each operator to develop an emergency plan. Part of the emergency plan requires pipeline operators to work with local fire departments and other agencies to identify personnel to be contacted, equipment to be mobilized, and procedures to be performed to respond to a hazardous condition caused by the facility.

TGP provides natural gas and related energy projects throughout the eastern United States in an efficient and reliable manner. TGP, a Kinder Morgan, Inc. ("KM") company, is part of North America's largest natural gas pipeline system. Safety is one of KM's core values. KM is committed to: (1) the safe operation of its natural gas facilities, (2) the safety of the communities in which it operates, and (3) the safety of its customers and employees. KM's natural gas pipeline companies own an interest in or operate approximately 70,000 miles of pipeline that serve the major consuming markets in the United States.

TGP assumes that unplanned releases of gas from pipelines, as discussed in 49 CFR §191.3(1), as well as unplanned releases of gas from other components (e.g., compressor stations, meter stations, etc.), would be considered incidents. TGP has existing systems in place that provide notification of incidents in a timely manner. The proposed facilities will be incorporated into these systems following the commencement of operations.

In various safety rankings of large interstate pipelines compiled by three national industry organizations, KM has earned a number one safety ranking in the American Gas Association ("AGA"), Southern Gas Association and/or National Safety Council's "Very Large Units" category of the natural gas transmission industry for having the best record for least accidents. Numerous other national, statewide, and industry awards have been awarded to KM.

In addition, TGP will implement the following procedures to help ensure the safety of the facilities:

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

- Radiograph 100 percent of all pipeline welds (the proposed pipeline will cross only USDOT Class 1 and Class 2 areas, as discussed further below; TGP will exceed the radiography specifications in 49 CFR Part 192, which require 10 percent radiography for Class 1 locations, 15 percent for Class 2, and 100 percent for Class 3).
- At the pipe mill, the pipe manufacturer will certify on the mill test reports that the pipe meets the requirements outlined in Section 6 of American Petroleum Institute Specification for Line Pipe 5L (API 5L).
- Implement construction safety programs during construction and establish contact with local emergency response organizations to review plans and procedures for construction emergencies.
- Procedures for emergencies during Project operations; and consult annually with all utilities in the Project area to inform them of the procedures to be followed in reporting or responding to an emergency.

During construction, emergency vehicles access will be maintained by minimizing the duration of road and driveway outages and keeping steel plates at the site of construction. Should emergency vehicles need to travel through the work area, the steel plates will be quickly installed over the open trench, thus allowing vehicles to pass.

With the continuing advancements in materials and pipeline operating and maintenance practices, the chances of a failure of the Project facilities are extremely low. In addition, the safety and reliability of the proposed Project facilities will be based on safe design, appropriate equipment selection, code compliance, thorough review, careful construction, and competent maintenance and operation. Measures will be incorporated according to approved design practices and standards. Measures to protect the public from inadvertent natural gas releases due to accidents or natural catastrophes can be grouped into three categories: passive protection, active controls, and procedural controls.

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

5.    <u>Wildlife</u>: Concerns include impacts on wildlife in the cleared corridor and their habitat, including the bald eagle and their protection under the Bald and Golden Eagle Protection Act.

**Response:**

It is anticipated that vegetation clearing for Project activities will cause temporary impacts due to some habitat loss and general disturbance from construction activities. Wildlife will avoid using areas during active construction. Disruption of habitat use will be temporary in nature, and the individuals will be able to utilize the area in subsequent seasons, post-construction.

The wildlife populations that use the Project area will not be permanently, adversely affected by the proposed Project. Although temporary impacts on food, cover, and water sources may occur, none of the species located within the Project area are specialized in such a way that construction of the pipeline will inhibit the overall fitness or reproductive output of the populations as a whole. Most species are not dependent on the ROW or transitional areas to provide all their habitat requirements. Many of the mammal, bird, reptile, and amphibian species are adaptive to changing habitat conditions and possess the ability to expand or shift their home ranges temporarily to find alternative sources of food, water, and shelter until construction is completed and the ROW habitats become re-established.

Noise, dust, and human activity at the Project worksites could disturb wildlife species, causing them to leave or avoid the area. Human activity near nests could also lead to nest failure or abandonment by nesting/breeding bird species, depending on the species' sensitivity to disturbance. Impacts during construction may include individual disruption, habitat avoidance, social disruption, habitat disruption, and localized population effects. Following construction, wildlife and bird species would return to the re-vegetated areas.

Additionally, implementation of the following BMPs during Project construction will minimize the potential for injury or death to wildlife:

- properly disposing of trash and food debris in secured containers;

- allowing wildlife that has entered the Project work area to leave the area on their own;

- providing environmental awareness training to all construction personnel working on the Project;

- checking for wildlife under vehicles and equipment that have been stationary for more than 1 hour and each morning prior to moving or operation;

- complying with posted speed limits;

- prohibiting firearms or pets at the work sites;

- checking trenches, excavations, and uncapped pipe segments for wildlife;

- limiting the amount of time trenches remain open, to the extent practicable;

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

- reseeding of areas when construction activities have ceased;

- maintaining side slopes with hard plugs (unexcavated portions of trench); and

- installing escape ramps and breaks in the spoil every 0.5 mile.

Species temporarily displaced by construction activities will likely return to the general area following construction and restoration. TGP is minimizing alteration of undisturbed areas by generally locating the Project adjacent or generally parallel to an existing TVA powerline easement and other utility easements, therefore avoiding additional fragmentation of contiguous habitats. Restricted time periods for right-of-way maintenance would also minimize effects to breeding birds. TGP would avoid maintenance mowing activities between April 1 through October 15 to protect bats and nesting birds. Suitable habitat adjacent to the construction area also will be available for wildlife species to use as protective cover or for foraging activities until vegetation in temporary work areas has been re-established.

No bald eagles (*Haliaeetus eucocephalus*) or golden eagles (*Aquila chrysaetos*) or their nests were identified during the field surveys. Bald and golden eagles are not likely to occur in the Project area because their habitat requirements (large bodies of water for nesting and foraging) were not identified during the field surveys. In the event a bald eagle or golden eagle nest is subsequently identified prior to or during Project construction, TGP will comply with the *2007 National Bald Eagle Management Guidelines*.

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

6.   <u>Alternatives/Renewable Energy</u>: Concern that an inadequate review and evaluation have been conducted of other energy sources and alternatives that are cleaner and less dangerous compared to the natural gas pipeline's impacts to the overall area, public, watershed, environment and climate effects.

**Response:**

Alternatives for the Project were reviewed, as discussed above, including a no action alternative. Evaluation of "other energy sources and alternatives" is outside the scope of TGP's permit application and USACE's scope of review. Neither TGP nor USACE have the ability to implement or influence alternative energy sources to replace energy being provided by another entity, TVA. Rather, TVA has decided to generate electricity using natural gas. TVA's decision was subject to required reviews, including under NEPA, and approvals.

TGP evaluated energy conservation and energy alternatives in Sections 10.4 and 10.5 respectively of Resource Report 10 –Alternatives submitted to FERC as part of the certificate application for the Project. The FERC staff acknowledged alternatives (including energy alternatives, route realignments, and system alternatives) raised during the public scoping process in Table 1.3-1 of the FERC Final EIS and addressed the comments in Section 3.0 (see FERC Final EIS, pages 1.2 and 3-1 through 3-4).

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

ADDITIONAL ACKNOWLEDGEMENTS

Four letters were provided stating they did not have any additional comments regarding the proposed project (Tennessee Wildlife Resources Agency, U.S. Coast Guard, U.S. Fish and Wildlife Service with inclusion of tree clearing to be performed during bat's hibernation season, and U.S. Department of Agricultural Cultural Resources Specialist).

**Response:**

TGP acknowledges these letters from regulatory agencies that do not have additional comments regarding the Project.

---

Four letters were provided from Native American Tribes with no adverse comments regarding the proposed project (Eastern Shawnee Tribe, Quapaw Nation, Catawba Indian Nation and Choctaw). Two Tribes asked that if the project inadvertently discover an archaeological site or object(s), the Tribe(s) be notified immediately (Eastern Shawnee Tribe and Catawba Indian Nation).

**Response:**

TGP acknowledges these letters from Native American Tribes that do not have adverse comments regarding the Project. If an inadvertent discovery or archaeological site or object(s) are identified during Project construction, the Eastern Shawnee Tribe and Catawba Indian Nation will be notified immediately, as requested.

---

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

In addition, the Federal Energy Regulatory Commission (FERC) is the lead Federal agency responsible for compliance with Section 7 of the Endangered Species Act (ESA) and Section 106 of the National Historic Preservation Act (NHPA). Due to land access restriction, complete information for Section 7 of the ESA and Section 106 of NHPA was not provided to FERC. Thus, FERC's NEPA environmental documentation is not complete for the entire pipeline route, specifically for compliance of Section 7 of the ESA and Section 106 of NHPA. The following information must be submitted to the USACE prior to permit issuance:

a. For ESA: Please provide a copy of the lead federal agency's written effects determination for threatened and endangered species, and their written rationale for the determination for the entire pipeline route. For any determination other than "no effect", please provide a copy of the biological assessment/evaluation and correspondence confirming that the lead federal agency completed the required Section 7 consultation with the U.S. Fish and Wildlife Service.

**Response**:

TGP will coordinate with the FERC to provide documentation to the USACE regarding the completion of ESA Section 7 consultation with the USFWS when it becomes available.

b. For NHPA: Please provide a copy of the lead federal agency's written effects determination, and correspondence confirming that the State Historic Preservation Officer has concurred with the lead federal agency's proposed actions for complying with the NHPA, as appropriate, for the entire pipeline route.

**Response**:

TGP will coordinate with the FERC to provide documentation to the USACE regarding the completion of NHPA consultation with the SHPO when it becomes available.

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

**Attachment 1** – System Alternatives, Other Pipeline Company
Alternatives, and Minor Route Variations Figures [1]

1 Figures are from Resource Report 10 – *Alternatives* provided to FERC as part of the 7(c) application.  Figure numbers have been kept consistent with those filed with FERC.

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

**Attachment 2** – Final Environmental Impact Statement

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

**Attachment 3** - TWF TN Mitigation Fund Mitigation Credit
Reservation Letter

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

**Attachment 4** – Table 3:  Planned and Existing Development Projects
Considered in the Project's Cumulative Impacts Analysis

Tennessee Gas Pipeline Company, L.L.C.
Cumberland Project
USACE Project No. LRN-2021-00866
Public Notices 23-02 and 23-13
Response to USACE's July 18, 2023 Request for Additional Information

**Attachment 5** – Wetland and Waterbody Construction and Mitigation Procedures