**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 11, 2024

Mr. Joseph P. Ahillen
Office of the Attorney General
of Tennessee
P.O. Box 20207
Nashville, TN 37202

Ms. Stephanie Marie Biggs
Southern Environmental Law Center
1033 Demonbreun Street
Suite 205
Nashville, TN 37203

Mr. Wilson Buntin
Office of the Attorney General
of Tennessee
P.O. Box 20207
Nashville, TN 37202

Mr. Schyler Burney
Bradley, Arant, Boult & Cummings
200 Clinton Avenue, W.
Suite 900
Huntsville, AL 35801

Mr. O. W. Bussey III
Southern Environmental Law Center
1033 Demonbreun Street, Suite 205
Nashville, TN 37203

Mr. Kevin A. Ewing
Bracewell
2001 M Street, N.W., Suite 900
Washington, DC 20036

Ms. Lela Merrell Hollabaugh
Bradley Arant Boult Cummings
1221 Broadway
Suite 2400
Nashville, TN 37203

Ms. Rebecca Jane Jaffe
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044

Mr. Bartholomew Joseph Kempf
Bradley Arant Boult Cummings
1221 Broadway
Suite 2400
Nashville, TN 37203

Mr. Harrison Gray Kilgore
Office of the Attorney General
of Tennessee
P.O. Box 20207
Nashville, TN 37202

Ms. Ann Navaro
Bracewell
2001 M Street, N.W.
Suite 900
Washington, DC 20036

Ms. Emily Myers Ruzic
Bradley Arant Boult Cummings
1819 Fifth Avenue, N.
Birmingham, AL 35203

Mr. Spencer Scheidt
Southern Environmental Law Center
48 Patton Avenue
Suite 304
Asheville, NC 28801

Mr. Scott Burnett Smith
Bradley, Arant, Boult & Cummings
200 Clinton Avenue, W., Suite 900
Huntsville, AL 35801

Mr. David A. Super  
Bracewell  
2001 M Street, N.W.  
Suite 900  
Washington, DC 20036

Mr. Derek Teaney  
Appalachian Mountain Advocates  
P.O. Box 507  
Lewisburg, WV 24901

Mr. James S. Whitlock  
Southern Environmental Law Center  
48 Patton Avenue  
Suite 304  
Asheville, NC 28801

      Re:    Case Nos. 23-3682/24-3831, *Sierra Club, et al v. TN Department of Environment, et al*  
             Originating Case No. : NRS22.192

Dear Counsel,

  The Court issued the enclosed order today in these cases.

                                           Sincerely yours,

                                           s/Cathryn Lovely  
                                           Opinions Deputy  
                                           Direct Dial No. 513-564-7062

Enclosure