Case No. 24-3831

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

APPALACHIAN VOICES; SIERRA CLUB

    Petitioners

v.

UNITED STATES ARMY CORPS OF ENGINEERS; CHRISTINE WORMUTH, Secretary of the United States Army; LIEUTENANT GENERAL WILLIAM H. GRAHAM, JR., Chief of Engineers; LIEUTENANT COLONEL ROBERT W. GREEN, District Engineer; JOSHUA FROST, Chief, Regulatory Division

    Respondents

TENNESSEE GAS PIPELINE COMPANY

    Proposed Intervenor

Upon consideration of Tennessee Gas Pipeline Company's motion to intervene, it is **ORDERED** that the motion is hereby **GRANTED**. The Intervenor has the opportunity to file a brief. This brief must conform to the page and word limits applicable to the Petitioner and Respondent briefs and must be filed no later than **October 31, 2024**.

                                     **ENTERED BY ORDER OF THE COURT**
                                     Kelly L. Stephens, Clerk

Issued: October 24, 2024